No. 15-2038

IN THE

# United States Court of Appeals

## FOR THE SEVENTH CIRCUIT

---

HERITAGE COAL CO.,

*Petitioner,*

v.

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS,
UNITED STATES DEPARTMENT OF LABOR and
THOMAS MITCHELL,

*Respondents.*

---

ON PETITION FOR REVIEW OF A DECISION
AND ORDERS OF THE BENEFITS REVIEW BOARD,
UNITED STATES DEPARTMENT OF LABOR

---

**PETITIONER'S APPENDIX**

---

Mark E. Solomons
Laura Metcoff Klaus
GREENBERG TRAURIG LLP
Suite 1000
2101 L Street, N.W.
Washington, D.C. 20037
(202) 533-2361

## CIRCUIT RULE 30(d) STATEMENT

Pursuant to Circuit Rule 30(d), counsel certifies that all material required by Circuit Rule 30(a) is included in the Short Appendix filed with Petitioner's Brief. Counsel certifies that all material required by Circuit Rule 30(b) is included in this Appendix.

s/Laura Metcoff Klaus
Laura Metcoff Klaus

## INDEX TO APPENDIX

| Item | Record Page No. | Page |
|------|-----------------|------|
| Index of Documents in the Record, dated June 18, 2015 | -- | App. 1 |
| Director's Exhibit No. 11 (excerpts): Medical Report of Dr. Williams Houser dated April 26, 2010 | -- | App. 7 |
| Employer's Exhibit No. 1 Medical Report of Dr. Joseph Renn dated February 12, 2011 | -- | App. 14 |
| Employer's Exhibit No. 5: Deposition Transcript of Dr. Renn dated August 11, 2011 | -- | App. 21 |
| Director's Exhibit No. 26 (excerpts): Medical Report of Dr. Lawrence Repsher Dated July 15, 2010 | -- | App. 54 |
| Employer's Exhibit No. 8: Deposition of Dr. Lawrence Repsher dated April 11, 2012 | -- | App. 62 |

**U.S. Department of Labor**

June 18, 2015

Benefits Review Board
P.O. Box 37601
Washington, DC 20013-7601



Gino Agnello, Clerk
U.S. Court of Appeals
For the Seventh Circuit
219 South Dearborn Street
Room 2722
Chicago, IL 60604

        Re:    CA# 15-2038 – Heritage Coal Company, Petitioner v. Thomas L. Mitchell and
                 Director, Office of Workers' Compensation Programs, United States
                 Department of Labor, Respondents (Case No. 11-BLA-5133) (BRB No. 14-160
                 BLA)

Dear Mr. Agnello:

The above-cited case has been appealed to your Court.

Enclosed, please find the certified case record.

Sincerely,

BENEFITS REVIEW BOARD

Thomas O. Shepherd, Jr.
Clerk of the Appellate Boards

App. 1

BRB No. 14-160 BLA                              Case No. 15-2038

<u>C E R T I F I C A T E</u>

I, Thomas O. Shepherd, Jr. Clerk of the Appellate Boards
U.S. Department of Labor, do hereby certify
that the papers enclosed herewith constitute the
record before the Benefits Review Board.

In testimony thereof the undersigned has hereunder set his
hand at Washington, D.C. this eighteenth day of June, 2015.

By: _____

Thomas O. Shepherd, Jr.
Office of the Clerk of the Appellate Boards

CA# 15-2038:     HERITAGE COAL COMPANY, Petitioner v. THOMAS L. MITCHELL and DIRECTOR, OFFICE
OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR,
Respondents (Case No. 11-BLA-5133) (BRB No. 14-160 BLA)

### INDEX OF DOCUMENTS                                             PAGES

Benefits Review Board Order on reconsideration denying employer's motion
for reconsideration, dated March 17, 2015.                         1-2

Employer's motion for reconsideration with attached cover letter, from
Laura Metcoff Klaus, dated January 21, 2015.                       3-12

Benefits Review Board Decision and Order affirming the administrative law
Judge's Decision and Order Awarding Benefits, dated December 29, 2014.   13-22

Employer's reply brief with attached cover letter, from
Laura Metcoff Klaus, dated August 4, 2014.                         23-28

Claimant's response brief with attached cover letter, from Shelly Rigsby Stuthers,
dated July 14, 2014.                                               29-34

Memorandum transmitting the case record to the Benefits Review Board,
dated July 15, 2014.                                               35

Director's letter stating he will not file a response brief unless requested to do so
by the Benefits Review Board, from Dominique V. Sinesi, dated July 14, 2014.   36

Employer's petition for review and brief with attached cover letter, from
Laura Metcoff Klaus, dated June 9, 2014.                           37-64

Benefits Review Board Order giving employer (10) days to file a petition for
review and brief,  dated May 23, 2014.                             65-67

Claimant's letter stating he has no objection to employer's extension to file a
petition for review and brief, and claimant request time to file a response brief
from Shelly Rigsby Stuthers, dated April 21, 2014.                 68-69

Employer's motion for extension of time to file a petition for review and brief with
attached cover letter, from Laura Metcoff Klaus, dated April 16, 2014.   70-73

Benefits Review Board acknowledgment of employer's notice of appeal, dated
March 14, 2014.                                                    74-75

Director's change of counsel, from Dominique V. Sinesi, dated March 13, 2014.   76

Employer's notice of appeal with attached cover letter, from Laura Mecoff Klaus,
dated February 24, 2014.                                           77-80

CA# 15-2038:

## **INDEX OF DOCUMENTS CONT.**

Decision and Order  Awarding Benefits of Administrative Law Judge Alice M. Craft, dated January 24, 2014.

Director's Exhibits:                        1-36

Claimant's Exhibits:                        1-5

Employer's Exhibits:                        1-8

**CERTIFICATE OF SERVICE**

CA# 15-2038:    HERITAGE COAL COMPANY, Petitioner v. THOMAS L. MITCHELL and DIRECTOR, OFFICE
OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR,
<u>Respondents (Case No. 11-BLA-5133) (BRB No. 14-160 BLA)</u>

Copies were sent to the following:

Gino Agnello, Clerk                                                              **UPS**
U.S. Court of Appeals
for the Seventh Circuit
219 South Dearborn Street
Room 2722
Chicago, IL  60604

Dominique V. Sinesi
U.S. Department of Labor
200 Constitution Avenue, NW
N-2119
Washington, DC  20210

Shelly Rigsby Stuthers, Esq.                                                     **CERTIFIED**
Southern Illinois and Southwest
Indiana Disease Programs
Corporate Square
2901 E. Ohio Blvd, Suite #235
Terre Haute, IN  47803

Thomas L. Mitchell                                                              **CERTIFIED**
2644 Smith Road
Boonville, IN  47601

Hon. Alice M. Craft
U.S. Department of Labor
Office of Administrative Law Judges
36 E. 7th St., Suite 2525
Cincinnati, OH  45202

Laura Metcoff Klaus, Esq.                                                        **CERTIFIED**
Greenberg Traurig LLP
2101 L Street, N.W.
Suite 1000
Washington, DC  20037

App. 5

CA# 15-2038:

## **CERTIFICATE OF SERVICE CONT.**

Michael Chance
District Director
U.S. Department of Labor
Suite C-3515, NDOL
Washington, DC  20210

Rae Ellen James, Esq.                                    **ELECTRONIC**
Associate Solicitor, U.S. Department of Labor
200 Constitution Avenue, N.W.
Suite N-2117, NDOL
Washington, DC  20210

INTERPRETATION OF PULMONARY FUNCTION ON THOMAS L. MITCHELL

The baseline pulmonary function studies appear invalid due to poor effort.  The post
bronchodilator studies show moderate reduction in both the forced vital capacity and
FEV1.  Moderate airway obstruction is present with moderate bronchodilator response.
As least part of the post bronchodilator response is due to improved patient effort.

William C. Houser, M.D.

WCH:lsw

RECEIVED

MAY 1 9 2010

USDOL/OWCP/DCMWC
COLUMBUS, OHIO



RECEIVED

JUN - 7 2010

USDOL, ESA / OWCP / DCMWC
COLUMBUS, OHIO

15

App. 7

# MEDICAL HISTORY AND EXAMINATION FOR
# COAL MINE WORKERS' PNEUMOCONIOSIS
# U. S. DEPARTMENT OF LABOR

Date of Exam:              04/26/2010

DOL Claim No.              CO XXX-XX-9192

## A.  PATIENT INFORMATION:

Name and Address:          Thomas L. Mitchell
                           2644 Smith Rd
                           Boonville, IN  47601

Phone number:              (812) 897-1935

Date of Birth:             █████████

Personal Physician:        Dr. Gregory Fletcher
                           Boonville, Indiana

Examining Physician:       William Houser, M. D.
                           Deaconess Hospital Black Lung
                           600 Mary Street
                           Evansville, IN  47747
                           812-450-2447

RECEIVED

MAY 1 9 2010

USDOL/OWCP/DCMWC
COLUMBUS, OHIO

## B.  Employment History

"Employment history", Form CM-91, or equivalent (dated        ).

1. Coal Mine Employment – CME
   a. Last CME held at least one year:
      Total coal mine employment 26 years.  His last job as a coal miner involved
      working as a mechanic in the shop.  He repaired truck axels, bearings, and brake
      drums.  The physical requirements included lifting 50-75# 4-5 times per day and
      carrying a few feet.  He then worked at the synthetic fuel plant for six years as a
      master electrician.  This involved walking, climbing stairs, and using ladders, plus
      lifting 50-75# 20x per day and carrying a few feet.

   b. Other CME:

   c. Additional number of years in CME not described above:  years.

2. Other Employment – Not CME

## C.  Patient History
   1.  Family History

18

Thomas Mitchell
CO XXX-XX-9192
Page 2 of 6

| | | |
|---|---|---|
| High blood pressure | Yes | Mother had hypertension |
| Heart disease | No | |
| TB | No | |
| Diabetes | Yes | Father had diabetes, sister has diabetes |
| Cancer | No | |
| Asthma | No | |
| Allergies | No | |
| Emphysema | No | |
| Stroke | No | |

2. Individual Health/Medical History
   a. Does the patient have a history of:

| | | |
|---|---|---|
| Frequent colds | No | |
| Pneumonia | No | |
| Pleurisy | No | |
| Attacks of wheezing | Yes | for 25 years |
| TB | No | |
| Chronic bronchitis | No | |
| Bronchial asthma | No | |
| Arthritis | Yes | for 15 years |
| Heart disease | No | |
| Allergies | No | |
| Cancer | No | |
| Diabetes mellitus | No | |
| High blood pressure | Yes | for 5-7 years |
| Connective Tissue | | |
| Disease | No | |

RECEIVED

MAY 1 9 2010

USDOL/OWCP/DCMWC
COLUMBUS, OHIO

   b. Other Significant Conditions or Serious Illnesses (when diagnosed?)
      He has benign prostatic hypertrophy.

   c. Hospitalizations (reasons and dates):
      While hospitalized in December 2009 he had a stroke with some slight left sided
      weakness and initially had speech difficulty.

   d. Surgery:

3. Social History:
   a. Smoking history

| | |
|---|---|
| Started: | 1959 |
| Stopped: | 1988 |
| Smoked what? | Cigarettes |
| How much? | ½ - 1 pack per day. |

   b. Other pertinent social history
      He does not use drugs or alcohol

**19**

Thomas Mitchell
CO XXX-XX-9192
Page 3 of 6

## D. Present Illness/ Physical Examination

1. Chief Complaints/Symptoms

| | | |
|---|---|---|
| Sputum | Yes | Occasionally |
| Wheezing | Yes | For several years |
| Dyspnea | Yes | Currently walking 100 ft with a walker |
| Cough | Yes | |
| Hemoptysis | No | |
| Chest pain | No | |
| Orthopnea | No | |
| Ankle edema | Yes | For several years |
| PND | No | |

2. Other complaints

He has received a flu and pneumovax injections. Mobility is primarily limited by his multiple orthopedic problems. He can walk a 100 ft with the walker but is also dyspnic. He walks at a slow pace. He feels that if he could walk faster that he would become dyspnic sooner.

3. Current Treatment (including medications):
Calcium plus Vitamin D two daily
Lipitor 20 mg per day
Altace 20 mg per day
Baby Aspirin one daily
Flomax 0.4 mg per day
Avodart 0.5 mg daily
Lasix 20 per day
Baclofen 60-80 mg per day
Aggrenox 325 mg twice daily

RECEIVED

MAY 1 9 2010

USDOL/OWCP/DCMWC
COLUMBUS, OHIO

4. Physical Findings
a. Fill in the appropriate data or response

**General**

| | |
|---|---|
| Height | 70 inches |
| Weight | 260 pounds |
| Temperature | |
| Pulse | 72 |
| Respirations | 18 |
| Blood Pressure | 123/84 right arm |
| | 114/68 left arm |
| Development | |
| Nutrition | Obese |
| Hydration | Normal |
| Orientation | Normal |
| Mentation | Normal |
| Personality | Normal |

Thomas Mitchell
CO XXX-XX-9192
Page 4 of 6

| | |
|---|---|
| Mood | Normal |

**Extremities**

| | |
|---|---|
| Color | Pink |
| Clubbing | None |
| Edema | 2+ bilaterally |
| Varicosities | None |
| Arterial Pulses | Present |

**Thorax & Lungs**

| | |
|---|---|
| Inspection | Normal |
| Palpation | Normal |
| Percussion | Normal |
| Auscultation | Diminished breath sounds especially at the basis |

**Heart**

| | |
|---|---|
| Peripheral Pulse | Normal |
| PMI | $5^{th} - 6^{th}$ intercostal space near mid clavicular line |
| Pulsation | Normal |
| Epigastric Cardiac Pulsation | No |
| Thrills | None |
| Rhythm | Regular |
| Sounds | Normal |
| Gallop | None |
| Murmurs | None |
| Friction Rub | None |

RECEIVED

MAY 19 2010

USDOL/OWCP/DCMWC
COLUMBUS, OHIO

**Nose**

| | |
|---|---|
| Membranes | Moist |
| Obstruction | None |
| Discharge | None |
| Septum | Midline |
| Sinuses | Non tender |

**Throat**

| | |
|---|---|
| Erythema | None |
| Exudate | None |
| Tonsils | Not enlarged |
| Pharynx | Clear |

**Neck** Obese

| | |
|---|---|
| Masses | No |
| Thyroid | No enlargement |
| Trachea | Midline |
| Arteries | No bruits |
| Veins | Not distended |

21

App. 11

Thomas Mitchell
CO XXX-XX-9192
Page 5 of 6

**Musculoskeletal**

| | |
|---|---|
| Spine | No abnormality |
| Joints | Has an ankle brace on the left.  He's had prior right total knee replacement. |
| Muscles | Normal |

**Abdomen**

| | |
|---|---|
| Peristalsis | Present |
| Tenderness | None |
| Ascites | None |
| Liver | Not palpable |
| Spleen | Not palpable |
| Kidneys | No abnormality |
| Urinary bladder | None |
| Masses | None |
| Hernia | None |

RECEIVED

MAY 1 9 2010

USDOL/OWCP/DCMWC
COLUMBUS, OHIO

b.  Other relevant findings – narrative summary:
Neurological:  speech is normal, he may have some minimal left sided weakness (he is left handed).

5.  **Summary of Diagnostic Testing**

| | | |
|---|---|---|
| Chest X-ray | 04/26/2010 | Hyper expansion.  Otherwise negative. |
| Vent Study | 04/26/2010 | Moderate reduction in the forced vital capacity plus moderately severe airway obstruction with moderate bronchodilator response. |
| ABG | 04/26/2010 | Mild hypoxemia plus mild hypercapnia. |
| Other: | | |
| EKG | 04/26/2010 | Normal |
| Exercise | | |

6.  **Cardiopulmonary Diagnosis:**
1.  COPD moderately severe

7.  **Etiology of Cardiopulmonary Diagnosis:**
1.  COPD – secondary to former cigarette smoking and to exposure of coal and rock dust arising from coal mine employment.

8.  **Impairment**
a.  The degree of severity of the impairment:
Moderately severe

b.  The extent to which each of the diagnoses listed in D.6 above contributes to this impairment:
The COPD is the sole cause of the respiratory impairment.  Solely from a respiratory standpoint Mr. Mitchell is physically unable to perform his former job as a coal miner as noted under employment history.

22

Thomas Mitchell
CO XXX-XX-9192
Page 6 of 6

9. **Non-Cardiopulmonary Diagnosis**
   Degenerative arthritis and history of stroke.

**E. Physician Referral**

Should this patient be referred to another physician for further evaluation?  No

**F. Physician Signature**

I certify that the information furnished is correct and am aware that my signature
attests to its accuracy.  I am also aware that any person who willfully makes any false
or misleading statement or representation in support of an application for benefits
shall be guilty under Tital 30 USC 941 of a misdemeanor and subject to a fine of up
to $1,000, or to imprisonment for up to one year, or both.

Signature: _____   Date: _5/17/10_
                William Houser, M.D.

WH:lsw

RECEIVED

MAY 19 2010

USDOL/OWCP/DCMWC
COLUMBUS, OHIO

# EOEC

## ENVIRONMENTAL OCCUPATIONAL EXPOSURE CONSULTANTS LLC

439 BUCKEYE ROAD, CORE, WV 26541 • TEL: (304) 879-4616 • FAX: (304) 879-4600 • CELL: (304) 685-5924 • e-mail: jrenniii@msn.com

JOSEPH J. RENN III, M.D., F.C.C.P., F.A.C.F.E.
B.C.F.M., B.C.F.E.
NIOSH Certified "B" Reader

## INDEPENDENT MEDICAL REVIEW

### THOMAS L. MITCHELL
### 9192
### FEBRUARY 12, 2011

The following are the records submitted to me by the law firm of White & Risse which constitute the database upon which I have formed my opinion.

1.  Medical records from St. Mary's Warrick dated 07-23-10.

2.  Office records from Gregory M. Fletcher, M.D. dated 05-16-02 thru 06-02-10.

3.  Medical records from St. Mary's Medical Center dated 11-11-03 to 12-03-03.

4.  Office records from John Hamelink, M.D. dated 12-15-03 thru 03-15-04.

5.  Office records from Surgicare Cross Pointe dated 06-09-08.

6.  IME by William Houser, M.D. dated 04-26-10.

7.  IME by Lawrence Repsher, M.D. dated 07-15-10 for examination of 07-06-10.

8.  Work history records.

9.  Electrocardiographs dated 10-13-03 thru 07-06-10, four in all.

11. ECHOcardiogram interpretation dated 11-08-03.

12. Pulmonary function tests dated 04-26-10 and 07-06-10.

13. Arterial blood gas tests dated 04-26-10 and 07-06-10.

14. Chest radiograph interpretations for chest radiographs dated 10-16-03, 04-26-10, and 07-06-10(3).

15. CT Scan of the chest, abdomen and pelvis interpretation dated 01-07-09.

16. US carotid interpretation dated 11-06-03, 02-13-04, and 10-08-09.

17. MRI of the brain interpretation dated 05-01-08.

18. US lower extremity interpretation dated 05-01-08.

THOMAS MITCHELL
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

FEBRUARY 12, 2011<br>PAGE 2

**CARDIOPULMONARY HISTORY:**     Between May 16, 2002, and July 6, 2010, he has been examined on multiple occasions.

May 16, 2002, the history was elicited of shortness of breath (SOB), exertional dyspnea and cough.

April 26, 2010, when examined by Dr. Houser, he gave history of cough, occasional sputum production, wheezing since 1985, and exertional dyspnea.

July 6, 2010, when examined by Dr. Repsher, he gave history of progressive exertional dyspnea since 1990, a non-productive cough, 1-2 pillow orthopnea, and ankle edema present since either 2006 or 2007.

June 2, 2010, when in the throes of acute sinusitis, he gave history to his family practitioner, Dr. Fletcher, of cough with occasional wheezes.

June 23, 2008, his review of systems (ROS) was positive for SOB but negative for cough. On seven occasions, ranging from October 25, 2005, thru July 7, 2009, his respiratory ROS was negative for both SOB and cough.

Since May 16, 2002, he has been diagnosed as having obstructive sleep apnea (OSA).

May 16 and 31, 2002, his blood pressure was, respectively, 160/108, 142/96, 150/92, and 140/90.   His blood pressure July 6, 2010, was 130/70.

**OCCUPATIONAL HISTORY:**     From 1960 until 1966 he was a truck driver hauling coal with exception of the time he was in the U.S. Army from 1962 until 1964.

From 1964 until 1968, he was a machine operator for Central Industries and Imperial Plastics.

From 1968 until 1977 he worked for GE Tire as a mechanic, and from 1977 until 1978 for Western Diesel as a mechanic.

From 1978 until 2005, he mined coal.  He was a mechanic, master electrician, and tractor operator.

**TOBACCO HISTORY:**     Between May 16, 2002, and July 6, 2010, his tobacco use history was obtained on four occasions.  He was said to have ceased smoking in 1998 (05-16-02), and in 1988 (12-15-03).  April 26, 2010, he was said to have smoked ½ to 1 package of cigarettes daily from 1959 until 1988 for a total of approximately 22 pack-years.  July 6, 2010, he was said to have smoked ½ package of cigarettes daily from 1959 until 1988 with exception of the years 1962 to 1967.  That equates to a total of 12 pack-years.

**PAST MEDICAL HISTORY:**     Medical illnesses, other than as above, have been cellulitis and abscess of the left foot, hyperlipidemia, a cerebral vascular accident occurring post-operative knee surgery with the residual of left hemiparesis, benign prostatic hypertrophy

App. 15  3

THOMAS MITCHELL                                    FEBRUARY 12, 2011
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                                                    PAGE 3

(BPH), kidney stones during the 1980s, venous stasis dermatitis, a pulmonary embolus resulting from trauma, and gastroesophageal reflux disease (GERD).

Surgical procedures have been colonoscopy with polypectomy in 2001, and colonoscopies in 2004 and 2010. He has also had removal of spurs from L4-L5 in 1998, a right total knee replacement, and repair of a right elbow fracture with bone fragment removal later.

Injuries have been cartilage injury of the right knee, contusion of the right arm in 2001, and a motor vehicle accident in 2009 with a fractured right upper extremity and chest contusion.

**FAMILY HISTORY:**     His mother died at the age of 81 of old age. She also had hypertension. His father died an accidental death in his 50s. He also had diabetes mellitus. His two sisters have diabetes mellitus. A brother is deceased with cancer. He also had diabetes mellitus.

**MEDICATIONS:**   As of July 6, 2010, he had been prescribed Avodart, baclofen, Aggrenox, Altace, Lipitor, aspirin, and Flomax.

**PHYSICAL EXAMINATIONS:**     Between May 16, 2002, and July 6, 2010, his respiratory system has been examined on multiple occasions. He has had, variously, a few expiratory wheezes, distant breath sounds believed to be the result of obesity, and rhonchi. He has also had 2+ and 4+ pitting edema to his knees.

**LABORATORY DATA:**    Resting electrocardiographs ranging in date from October 13, 2003, thru July 6, 2010, reveal, variously, normal signs, premature ventricular contractions, and low voltage.

An ECHOcardiogram of November 6, 2003, was interpreted as revealing a left ventricular ejection fraction of greater than 50%; however, the remainder of the study was inadequate and a transesophageal ECHOcardiogram (TEE) was recommended.

Attached to this report is a one-page chart titled "Pulmonary Function and Gas Exchange Data" containing all such available. The spirometry studies are accompanied by graph tracings for review and application of American Thoracic Society/ European Respiratory Society (ATS/ERS) criteria of validity. Graph tracings accompanying the study of April 26, 2010, reveal it to have been performed with good cooperative effort thereby rendering it valid. The study of July 6, 2010, was performed with poor cooperative effort thereby rendering it invalid. The ventilatory function represented by the study of April 26, 2010, is very severe, but significantly bronchoreversible obstruction.

Lung volumes were performed on one occasion the results of which are contained in the chart titled "Pulmonary Function and Gas Exchange Data". The lung volume study was performed by nitrogen washout. The total lung capacity (TLC) is mildly reduced; however, in the presence of an obstructive airway disease, the nitrogen washout method underestimates the lung volume.

THOMAS MITCHELL                                    FEBRUARY 12, 2011
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                                                      PAGE 4

A diffusing capacity (DLCO) study was performed on one occasion, the results of which are contained in the chart titled "Pulmonary Function and Gas Exchange Data". The DLCO was unadjusted for the contemporaneously performed hemoglobin of 12.9. When adjusted for the contemporaneously performed hemoglobin of 12.9 it was 70% of predicted. When corrected for the alveolar volume (DLCO/VA), it was entirely normal.

Resting arterial blood gases were performed on two occasions, the results of which are contained in the chart titled "Pulmonary Function and Gas Exchange Data". The resting study of April 26, 2010, revealed hypoxemia for his age as well as hypercarbia. The July 6, 2010 study revealed normoxemia for his age but the presence of hypercarbia.

His carboxyhemoglobin level of July 6, 2010, was 0.9% consistent with an individual not intimately exposed to products of combustion.

Also attached to this report is a one-page chart titled "Chest Radiography" containing physicians' interpretations of the various chest radiographs performed. The chart is self-explanatory. There are no interpretations suggesting the presence of a pneumoconiosis.

A thoracic CT scan of January 6, 2009, was interpreted as normal.

A May 1, 2008, MRI of the head was interpreted as mild diffuse atrophy, small vessel ischemia and chronic right maxillary sinusitis.

**IMPRESSION:**  Mr. Thomas Mitchell is a 66 year-old who has chronic obstructive pulmonary disease (COPD) with an asthmatic component. He has neither a legal nor a medical pneumoconiosis.

**DIAGNOSES:**

I.      RESPIRATORY SYSTEM
    1.      COPD owing to tobacco smoking with a
    2.      bronchospastic component.
    3.      H/O obstructive sleep apnea.
    4.      H/O pulmonary embolus.
    5.      A pneumoconiosis does not exist.

II.     CARDIOVASCULAR SYSTEM
    1.      Systemic hypertension.

III.    NEUROPSYCHIATRIC SYSTEM
    1.      Sequella of CVA-left hemiparesis.

IV.     METABOLIC/ENDOCRINE SYSTEM
    1.      Hyperlipidemia
    2.      Severe, approaching morbid, obesity (BMI 39.2).

V.      GASTROINTESTINAL SYSTEM
    1.      GERD

THOMAS MITCHELL
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

FEBRUARY 12, 2011<br>PAGE 5

**DISCUSSION:** That he does not have a medical coal workers' pneumoconiosis (CWP) may be appreciated from the absence of a radiographic interpretation of changes consistent with CWP, the presence of a significantly bronchoreversible obstructive ventilatory defect, the absence of a disproportionate reduction of the volumes and flows during the FVC maneuver, the presence of a normal DLCO/VA, the presence of transient hypoxemia (corrected to normal approximately 2 1/2 months later), and the presence of chronic hypercarbia. None of the foregoing are known to occur in medical CWP.

That he does not have a legal pneumoconiosis may be appreciated from the presence of COPD with a bronchospastic component that has not been shown to be affected by exposure to coal mine dust. That is evident in the disproportionate reduction of the volumes and flows consistent with tobacco smoking but inconsistent with CWP, the presence of hypercarbia which occurs in OSA and the COPD associated with tobacco smoking but not in the COPD associated with CWP.

Finally, he is within 0.8 BMI of being defined as morbidly obese. Obesity, even without being morbid, alone is the most often encountered risk factor for OSA. OSA can then result in other adverse clinical diseases/syndromes, i.e. systemic hypertension, pulmonary hypertension, cerebrovascular disease, ischemic stroke, heart failure, cardiac arrhythmias and hypoventilation tending to hypercarbia (see attached *Overview of obstructive sleep apnea in adults*). This is directly applicable to the case of Mr. Mitchell as he has systemic hypertension, has a cardiac arrhythmia, has cerebrovascular disease manifested by a CVA with residual hemiparesis, has MRI evidence of small vessel ischemia and cerebral atrophy, and has hypoventilation demonstrated by persistent hypercarbia.

All of the above is stated within a reasonable degree of medical certainty.

Respectfully submitted,

Joseph J. Renn, III, M.D., F.C.C.P.,
F.A.C.F.E.I., B.C.F.E., B.C.F.M.

JJR/rlr
Attachments:3

App. 18

PULMONARY FUNCTION AND GAS EXCHANGE DATA   THOMAS L. MITCHELL

-9192   PAGE 1

| DATES | 04-26-10 | | 07-06-10 | |
|---|---|---|---|---|
| PRE/POST | PRE | POST | PRE | POST |
| FVC(FEV) | 2.01(43%) | 2.86(62%) | 2.37(55%) | 2.63(61%) |
| FEV1.0 | 1.16(32%) | 1.63(45%) | 1.42(42%) | 1.48(43%) |
| FEV1/FVC | 58% | 57% | 60% | 56% |
| FEF25-75% | 0.60(18%) | 1.38(42%) | 0.66(19%) | 0.71(21%) |
| FEF 75% | 0.31(21%) | 0.87(59%) | | |
| PEFR | 3.20(38%) | 4.82(57%) | 4.86(58%) | 4.38(52%) |
| MVV | | | | |
| SVC | | | 2.40(56%) | |
| RV | | | 2.44(99%) | |
| TLC | | | 4.83(73%) | |
| RV/TLC | | | 0.50 | |
| DLCO | | | 17.7(63%) | |
| DLCO/VA | | | 4.44(19%) | |
| | REST | | REST | |
| pH | 7.39 | | 7.40 | |
| PaCO2 | 67.8 | | 51 | |
| PaO2 | 50.5 | | 71 | |
| AaDO2 | | | | |
| PBAR | 742 | | 753 | |
| HT.(in.) | 70 | | 70 | |
| WT.(lbs.) | 260 | | 273 | |
| AGE | 65 | | 65 | |
| SEX | MALE | | MALE | |
| RACE | Caucasian | | Caucasian | |

CHEST RADIOGRAPHY    THOMAS L. MITCHELL    -9192    PAGE 1

| DATES | READER | B-READ | RADIOLOGIST | UNKNOWN | PARENCH. INTERP | PLEUR. INTERP | OTHER | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| 10-16-03 | LINGE | X | | | | | | Normal |
| 04-26-10 | WHITEHEAD | X | X | | 0/0 | - | fr | Hyperinflation |
| 07-06-10 | REPSHER | X | | | 0/0 | - | | |
| 07-06-10 | MEYER | X | X | | 0/0 | - | fr | Saber sheath trachea |
| 07-06-10 | WIOT | X | X | | 0/0 | - | | Scoliosis |

RECEIVED

AUG 1 8 2011

BEFORE THE U.S. DEPARTMENT OF LABOR
OFFICE OF THE DISTRICT DIRECTOR
DIVISION OF COAL MINE WORKERS' COMPENSATION
CINCINNATI, OHIO

In the matter of:

| | |
|---|---|
| THOMAS L. MITCHELL,<br>          Claimant, | )<br>)<br>) |
| vs | )<br>) |
| HERITAGE COAL COMPANY<br>fka PEABODY COAL COMPANY,<br>          Employer, | ) OWCP No. XXX-XX-9192 LM<br>)<br>) Case No. 2011-BLA-5133 |
| and | )<br>) |
| OLD REPUBLIC INSURANCE COMPANY,<br>          Insurance Carrier, | )<br>)<br>) |
| and | )<br>) |
| DIRECTOR, OWCP/US DOL,<br>          Party-In-Interest, | )<br>)<br>) |

- - - - -

## DEPOSITION OF JOSEPH J. RENN, III, M.D.

the witness herein, called for examination by the Operator, taken by and before

Twila Dawn Reed, a Court Reporter and Notary Public in and for the State of

West Virginia, held at the offices of EOEC, 439 Buckeye Road, Core, West Virginia,

on Thursday, 11 August 2011, at 1:05 p.m.

- - - - -

## COUNSEL PRESENT

For the Employer:       WHITE & RISSE
(via telephone)       by **Richard H. Risse, Esq.**



Reed Reporting Company
211 Holbert Lane   Maidsville, WV 26541   (304) 328-5771

App. 21

1  P R O C E E D I N G S

2          - - - - -

3      JOSEPH J. RENN, III, M.D.

4  the witness herein, having been first duly sworn/affirmed

5  to tell the truth, was examined and testified as follows:

6          - - - - -

7          DIRECT EXAMINATION

8  BY MR. RISSE:

9      Q.  State your name in full.

10     A.  Joseph John Renn, III.

11     Q.  And your professional address?

12     A.  439 Buckeye Road, Core, West Virginia 26541.

13     Q.  Dr. Renn, what profession are you engaged in?

14     A.  I'm a medical doctor.  I have the boards in

15 internal medicine, so I am a specialist in internal

16 medicine, but I'm also boarded in pulmonary diseases and

17 in forensic medicine and as a forensic medical examiner

18 and I practice only pulmonary and occupational lung

19 diseases.

20     Q.  What is forensic medicine?

21     A.  Forensic medicine is the discipline that

22 explores, let's say, a case for determining whatever the

23 question is, usually in a medicolegal sense.

24     Q.  In that type of work, is it basically dealing

25 with occupational lung disease cases?

2

1      A.  No.  You also deal with exposures such as

2  environmental exposures.  You also deal with exposures

3  that may occur in the home.

4          For instance, right now, I'm dealing with one

5  that is an alleged hydrogen sulfide exposure.  You also

6  deal with malpractice cases, so it is not restricted to

7  occupational lung disease.

8      Q.  Dr. Renn, are you licensed to practice

9  medicine?

10     A.  Yes.  I'm licensed to practice medicine in West

11 Virginia, Virginia and Pennsylvania.

12     Q.  Are you caring for patients any longer?

13     A.  No.  I retired from patient care after almost 40

14 years of patient care.  I retired from patient care in

15 January of 2003.

16     Q.  In your practice, did you treat coal miners?

17     A.  Yes, of course.  Coal miners were at least 33

18 percent of my practice for many, many years until coal

19 mining declined in the area.

20          After coal mining declined in the area, then

21 that number of individuals went down to about 25 percent,

22 but it remained at that level, either active or retired

23 coal miners, until I retired in January of 2003.

24     Q.  Dr. Renn, is it fair to say that your work as a

25 pulmonologist was consultative work as well?

3

1      A.  Oh, my golly, yes.  I practiced not only

2  pulmonary medicine but also critical care medicine

3  because, when I did my pulmonary disease fellowship, it

4  was necessary that you also be the intensivist as we were

5  the individuals who knew how to operate ventilators.

6          In fact, I grew up with ventilators.  I grew up

7  with the old Drinker ventilator that was used for the

8  polio patients; the Morch, which was a very flat roll-

9  about on a little cart ventilator that was a pressure

10 ventilator.

11         In the Navy, I studied ventilators because you

12 had to have demand ventilators that are in aircraft for

13 high-altitude pilots to be able to breathe oxygen, so I

14 grew up with ventilators and have known about them

15 throughout almost my entire career.

16         The pulmonologist, therefore, became the

17 intensivist in the intensive care unit for all

18 critically-ill patients because, most of the time, their

19 system had to be supported through whatever it was that

20 was causing them to have a critical issue, such as a

21 massive blood loss, a post-surgical problem, a pneumonia,

22 a primary lung problem, upper abdominal surgery that

23 would interfere with diaphragmatic function, etcetera, so

24 we practiced critical care medicine.  In fact, I

25 practiced critical care medicine clear up until I retired

4

1  from medicine.

2      Q.  Are you engaged in the teaching of medical

3  students?

4      A.  Yes.

5      Q.  Where is that conducted?

6      A.  West Virginia University.  However, it is only

7  some at the University proper.  There are also students

8  that come to what is known as the HealthRight Clinic,

9  which is the clinic that is here in Morgantown for

10 indigent people and individuals that do not have

11 insurance and cannot afford the healthcare.

12         We have Postgraduate 1 and Postgraduate 2

13 medical doctors; in other words, what used to be known as

14 a resident in medicine, who come in and actually do the

15 medical care which I supervise and then they come to me

16 for questions or for consultation.

17         Then we also have medical students there who are

18 actually following the residents about to learn from them

19 and, as well, I teach them while I'm teaching the

20 residents.

21     Q.  What type of classes or what type of

22 instruction?

23     A.  Well, it's all in any type of medicine.  In

24 fact, at West Virginia University, the Department of

25 Medicine has sort of decided there will be no sub-

5

1 specialists only.  It may be that we practice only our
2 subspecialty.
3          However, in teaching, all subspecialists have to
4 rotate through what's called general medicine and spend
5 at least two months on the general medical wards teaching
6 general medicine, so that keeps us up-to-date on a wide
7 range of all types of medical problems.
8          For instance, I may be dealing with a pneumonia
9 in one room and go to the next room and deal with a
10 diabetic.
11     Q.  Speaking of staying up-to-date with your
12 training, how do you do that by way of medical literature
13 review and research?
14     A.  Well, I have a number of programs that I use to
15 keep up-to-date as well as reading and researching
16 regularly.  I have various textbooks on radiology.  I
17 have textbooks on occupational lung disease.
18          However, mostly, I study the American Review of
19 Respiratory & Critical Care Medicine, which is the
20 Journal of the American Thoracic Society that now comes
21 out every two weeks.
22          I also study the Journal of the American College
23 of Chest Physicians where I am a fellow in the College of
24 Chest Physicians.  That is the journal known as Chest and
25 then I have two online programs that I study.

6

1          Well, one I use for reference, which is by Johns
2 Hopkins.  It's called UpToDate.  The other that I use is
3 a computerized program that is put out by the Oakstone
4 Publication Company.  It is a continuing medical
5 education program for any discipline, but I use it --
6          You can designate what discipline and I use it
7 for pulmonary and occupational lung diseases and that's a
8 monthly program where you have to study it for a couple
9 of hours and then take a test and submit that for grading
10 in order to receive CME.  If you don't make a certain
11 score, then you don't receive the CME.
12     Q.  Dr. Renn, you're certified in pulmonary
13 diseases?
14     A.  Yes.  I'm board certified in pulmonary diseases.
15     Q.  And you're also board certified in internal
16 medicine?
17     A.  Internal medicine, pulmonary diseases, forensic
18 medicine and as a forensic medical examiner.
19     Q.  Dr. Renn, are you also what's known as a NIOSH
20 "B" reader?
21     A.  Yes.
22     Q.  How long have you had that certification?
23     A.  Since 1981.
24     Q.  Is NIOSH located there in Morgantown?
25     A.  Yes.  Right across the road from us, actually.

7

1     Q.  In that process, what did you have to do to
2 become a "B" reader?
3     A.  When I became a "B" reader, they required you to
4 take a seminar that was jointly sponsored by the American
5 College of Radiology and NIOSH.  It was a three-day
6 seminar.
7          At the end of that seminar, then you had to take
8 a six-hour practical test where you had to evaluate a
9 chest radiograph for quality, for whether or not there
10 was a disease, what the disease was and it involved all
11 types of lung diseases, not just pneumoconioses.
12          If you thought there was a pneumoconiosis, then
13 you had to classify it accordingly and the test was a
14 timed test.  As I said, it went for six hours with a
15 break in the middle and it required that you evaluate a
16 chest radiograph every four minutes and fill out the ILO
17 Classification form.
18          Since then, I've taken the American College of
19 Radiology/NIOSH seminar on several occasions just because
20 they update various things.  In fact, the last one that I
21 took was because they were going to discuss whether or
22 not to use digital films because that's the more recent
23 technology.
24          The way technology is going, you almost can't --
25 you have difficulty getting an analog film now, but they

8

1 were also going to discuss high-resolution CT scanning,
2 its role in pneumoconioses, etcetera, so I went to hear
3 what was said and what was updated.
4          As well, they were also updating because the ILO
5 1980 Classification system and the ILO standard films
6 have been updated to the ILO 2000 system and the ILO 2000
7 standard films.
8     Q.  Dr. Renn, once you take the first "B" reader
9 test, is every subsequent test considered a
10 recertification?
11     A.  Yes.
12     Q.  Presently, how long does your current
13 certification last?
14     A.  Till February 2015.
15     Q.  Dr. Renn, as a pulmonologist, do you review
16 x-rays in connection with evaluations of individuals?
17     A.  Yes.  It's a very important part of a
18 consultation or evaluation of an individual.  In fact, I
19 had a mentor in my pulmonary fellowship who said that you
20 had not completed your examination of a patient until you
21 had reviewed the chest radiograph and, of course, that
22 was back when we did not have CT scanning.
23          As time went on, we've also had to add that
24 we've had to review the CT scans.  CT scans are actually
25 a much better procedure, much better evaluation of the

9

1  chest radiograph than is the plain chest radiograph
2  because, first of all, it's a three-dimensional view;
3  whereas, the plain chest radiograph is a two-dimensional
4  view.
5        Just toward that end, speaking to especially the
6  high-resolution CT scan of the chest, I'd like to just
7  read you something which I think is very apropos from the
8  third edition of the book called High-Resolution CT of
9  the Lung edited by Webb, Miller and Naidich.
10       This was published in 2001.  In their preface,
11  which was actually the first edition -- this is the third
12  edition but, in their preface to the first edition and
13  they repeated it in the third edition, "As indicated by
14  Dr. Felson" --
15       Dr. Felson was a well-known radiologist out in
16  Cincinnati who actually was instrumental in helping
17  develop the ILO classification system.  He's now
18  deceased.
19       "As indicated by Dr. Felson and as we review in
20  the introduction to this book, chest radiographs are
21  limited in their ability to characterize lung morphology
22  precisely and to represent the pathological alterations
23  in morphology that occur in the presence of lung disease.
24       "High-resolution CT, on the other hand, provides
25  the radiologist and clinician with a tool capable of

10

1  accurately demonstrating gross lung anatomy and
2  accurately characterizing abnormal findings.  The
3  correlation between HR-CT findings and pathologic
4  findings is excellent and certainly exceeds that possible
5  with plain radiographs.
6        "As discussed by Roberto Miller in the forward
7  to this book, to the extent that gross pathology can be
8  used to diagnose lung disease, HR-CT can as well.  In the
9  last five year, HR-CT has revolutionized the radiological
10  approach to diagnosing lung disease."
11       Q.  In your practice, you were practicing prior to
12  the onset of CT's; is that accurate?
13       A.  That's correct.
14       Q.  Dr. Renn --
15       A.  No.  Excuse me.  Excuse me.  No.  That's not
16  true.  CT's also were developed.  Conventional CT's were
17  developed and then HR-CT's were developed during the time
18  that I was practicing medicine.
19       In fact, it was necessary for me to take extra
20  training to learn CT interpretation and, in fact, I
21  studied with one of the thoracic radiologists as well as
22  have several texts that I have studied on HR-CT and I've
23  also taken continuing medical education courses on HR-CT.
24  The last one I took was up in Boston.
25       Q.  Is it fair to say that, at this point, there's

11

1  no "B" reader system for CT scan interpretation?
2        A.  That's correct.
3        Q.  Dr. Renn, when you are called upon to review and
4  analyze medical records, what type of materials do you
5  like to have available to you?
6        A.  I like to have all of the clinical material that
7  is possible to have; outpatient evaluations,
8  hospitalizations, the radiographs if I can get the
9  radiographs to evaluate rather than the interpretations,
10  the CT scans if they're available, pulmonary function
11  tests with the graph tracings so I can evaluate them for
12  validity, arterial blood gases.
13       Anything that is pertinent to the case or, even
14  if a person believes that something may not be pertinent
15  to a case, it still may be and they just not -- an
16  attorney may not understand it or a paralegal may not
17  understand it, so I don't like the records to be, let's
18  say, selected for me.
19       It's all the records, all the things that I
20  would like to have if I were performing a consultation
21  for a pulmonary question in the hospital.
22       Q.  Dr. Renn, do you feel at a disadvantage in not
23  having the opportunity to examine an individual but only
24  review medical records?
25       A.  No, I don't.  In fact, in most cases, I'm at a

12

1  better advantage than most of the physicians who have
2  seen an individual, especially if they've only seen the
3  individual on one occasion because I have, let's say,
4  many views and, as you're well aware, we can't stand in
5  another person's shoes, so each person is going to have a
6  different view.
7        As many different, let's say, medically-trained
8  individuals as have looked at this particular individual
9  from whatever aspect, their views all come together and
10  help to define the problem more accurately than maybe a
11  single view will define it.
12       Q.  Dr. Renn, when you are called upon to look at
13  medical records, specifically with regard to a federal
14  black lung claim, are you considering the medical
15  definition of pneumoconiosis, the legal definition or
16  both?
17       A.  No.  I take into consideration both as I go
18  through the medical records.
19       Q.  Would you agree that medical or legal pneumo-
20  coniosis can be disabling?
21       A.  Yes.
22       Q.  Would you agree that a pneumoconiosis can be
23  latent?
24       A.  Yes.
25       Q.  Would you agree that a pneumoconiosis can be

13

1 progressive?

2     A. Yes.

3     Q. Do you have any animosity towards individuals

4 who file claims for compensation?

5     A. Oh, no. None whatsoever.

6     Q. Do you hold any personal views that would be at

7 odds with the Federal Black Lung Act or anyone trying to

8 get compensation under that?

9     A. No, I do not.

10     Q. Do you ever do evaluations at a governmental

11 agency's request?

12     A. Yes. I've done them for the Department of

13 Labor, for the West Virginia Occupational Pneumoconiosis

14 Board, for the West Virginia Attorney General's office,

15 for the Pennsylvania Workers' Compensation Board so, yes,

16 I've done them for government agencies.

17     When they had the Workers' Advocacy Group in

18 Washington, which has now been taken over by another

19 government agency, I also worked for them. I reviewed

20 cases of workers for compensation, especially those that

21 worked in the Atomic Energy Division.

22     Q. Have you testified on behalf of claimants in

23 either federal black lung claims or Workers' Comp

24 claims?

25     A. Yes.

14

---

1     Q. Dr. Renn, in addition to your other duties, did

2 you have a chance to review some medical records on a

3 Thomas L. Mitchell?

4     A. Yes.

5     Q. Did you prepare a report dated February 12,

6 2011?

7     A. I did.

8     Q. We have submitted that report into evidence and

9 I expect that it shall be admitted along with your

10 curriculum vitae.

11     I'm here today to ask you some questions and

12 have you explain your conclusions in Mr. Mitchell's

13 claim.

14     I'm going to ask you some very basic questions.

15 I believe that you found that he did not have medical

16 coal workers' pneumoconiosis; is that correct?

17     A. That's correct.

18     Q. Were you able to rule out medical coal workers'

19 pneumoconiosis based on several factors in his medical

20 records?

21     A. Yes, I was.

22     Q. What factors would those be?

23     A. The factors that ruled out medical coal workers'

24 pneumoconiosis were the fact that he had a significantly-

25 bronchoreversible obstructive ventilatory defect.

15

---

1     The significantly-bronchoreversible obstructive

2 ventilatory defect does not occur in medical coal

3 workers' pneumoconiosis. That was demonstrated in his

4 ventilatory function study of April 26, 2010 and was

5 demonstrated in both the forced vital capacity and the

6 FEV1.

7     He also had the pattern of the spirometry that

8 showed a disproportionate reduction of the volumes and

9 flows during the FVC maneuver that was present in both

10 the April 26, 2010 and July 6, 2010 spirometry studies.

11 That was demonstrated by the fact that he has a low

12 FEV1/FVC ratio.

13     In the NIOSH *Criteria Document*, and I believe

14 it's on Page 56, it clearly states that the medical coal

15 workers' pneumoconiosis or the pattern found with

16 exposure to coal mine dust and coal workers' pneumo-

17 coniosis is that there is a proportionate reduction of

18 the volumes and flows.

19     Therefore, that's inconsistent with medical coal

20 workers' pneumoconiosis. He had a normal diffusing

21 capacity when corrected for the alveolar volume. The

22 normal diffusing capacity corrected for the alveolar

23 volume eliminates very effectively significant medical

24 coal workers' pneumoconiosis as it does affect the

25 diffusing capacity.

16

---

1     The raw diffusing capacity which was performed

2 July 6, 2010 was said to be 63 percent of predicted.

3 However, the American Thoracic Society requires that

4 there be an adjustment for hemoglobin to a standard

5 hemoglobin of 14.6.

6     At that time, his hemoglobin was 12.9 and so you

7 adjust the predicted value for that hemoglobin of 12.9

8 and, when you adjust the predicted as it should be for

9 the hemoglobin of 12.9, then the diffusing capacity was

10 70 percent of predicted.

11     There is a scientific article that studied

12 asbestos workers, coal miners and those who have been

13 exposed to silica dust. The authors were Wang, Yano,

14 Nonaka and others. It appeared in the American Journal

15 of Industrial Medicine in 1997.

16     What they found was that in tobacco smokers, as

17 was Mr. Mitchell, the lower limit of the diffusing

18 capacity of those who were exposed to coal mine dust and

19 were tobacco smokers and also had some radiographic

20 evidence of CWP was found to be 73.8 percent.

21     In workers exposed to silica but without x-ray

22 evidence of pneumoconiosis, they had a lower limit of

23 76.5 percent. There's one other category. That was

24 tobacco smokers exposed to coal mine dust who did not

25 have x-ray evidence of CWP.

17

1 The lower limit of the diffusing capacity was
2 82.7 percent, so even correcting his diffusing capacity
3 for hemoglobin, it was still only 70 percent of predicted
4 and below that which has been found in medical coal
5 workers' pneumoconiosis or even in those exposed without
6 radiographic evidence of coal workers' pneumoconiosis.
7 Q. So those three factors can rule out medical coal
8 workers' pneumoconiosis in Mr. Mitchell's particular
9 case?
10 A. Well, there's a further factor.
11 Q. There's a fourth factor?
12 A. Yes. The fourth factor is that medical coal
13 workers' pneumoconiosis does not show an improvement in
14 oxygen tension over time and, if we look at the oxygen
15 tension that was in his blood gases on April 26, 2010 and
16 then less than three months later on July 6, 2010, it had
17 increased a full 20 millimeters of mercury.
18 It increased from 50.5 to 71 and that does not
19 occur in medical coal workers' pneumoconiosis. Another
20 factor, which is a fifth factor, is that he is retaining
21 carbon dioxide. The retention of carbon dioxide does not
22 occur in simple coal workers' pneumoconiosis.
23 He had a carbon dioxide retention on April 26,
24 2010 of 67.8 and on July 6, 2010 it was 51. That does
25 not happen in medical coal workers' pneumoconiosis, so

18

1 there are five factors that rule out simple or medical
2 coal workers' pneumoconiosis.
3 Q. On that article that you mentioned from Wang and
4 his compatriots, do you have a copy of that, by any
5 chance, that we could attach as an exhibit?
6 A. Yes, I do.
7 MR. RISSE: If you would give one to the court
8 reporter, I would ask her to mark it as Deposition
9 Exhibit No. 1.
10 (Deposition Exhibit No. 1 was marked for identification.)
11 Q. You indicated that Mr. Mitchell did have some
12 x-ray evidence of CWP. In your report, you said that his
13 x-rays are negative, but I suspect subsequently we have
14 had some positive readings come in; is that correct?
15 A. Yes. Subsequently, there have been readings
16 provided to me even as late as this morning of an April
17 26, 2010 x-ray and a July 6, 2010 x-ray. The April 26,
18 2010 x-ray was interpreted by Dr. Alexander, who also
19 interpreted the July 6, 2010 x-ray.
20 Dr. Alexander found the April 26, 2010 x-ray to
21 show small rounded opacities in both upper and both mid
22 lung zones and a perfusion of 1/0. On the July 6, 2010
23 x-ray, he found small rounded opacities in all lung zones
24 and a perfusion of 1/1.
25 Apparently, Dr. Alexander believes the opacities

19

1 became smaller because the secondary opacities went from
2 q to p and he also believes that they were also in both
3 lower lung zones; whereas, they were only in the
4 bilateral upper and bilateral mid lung zones on the
5 earlier film.
6 Q. You're a "B" reader; are you not?
7 A. Yeah. That should have called into question
8 what his interpretation was because that shouldn't
9 happen.
10 There should not be a regression of the
11 opacities in size and they should not suddenly appear in
12 the lower lung zones less than three months later when
13 they weren't present there earlier.
14 Q. How long have you been a "B" reader?
15 A. Since 1981.
16 Q. And you're telling us that Dr. Alexander's
17 readings might be for a different kind of pneumoconiosis
18 other than coal workers' pneumoconiosis?
19 A. Or they could be for a different disease process
20 altogether rather than --
21 Q. Why do you think it might be for a different
22 disease?
23 A. Well, because you have such rapid appearance and
24 then you have a decrease in the size of the opacity.
25 That doesn't occur in pneumoconiosis. The opacities

20

1 don't decrease in size.
2 Q. Did anybody else opine about x-rays being
3 positive in Mr. Mitchell?
4 A. We have Dr. Smith having interpreted a July 6,
5 2010 x-ray and he says p and s opacities, so he found
6 rounded and irregular in all lung zones and a perfusion
7 of 1/1, but he also believes there were Kerley lines.
8 He checked "KL" and that would be indicative
9 more of some interstitial process like heart failure. He
10 also believes he found fractured ribs, that he found some
11 type of what he calls a parenchymal band which is
12 consistent with asbestos exposure and that's about it.
13 Q. So there are some people who opine that
14 Mr. Mitchell does have evidence that might be consistent
15 with some kind of pneumoconiosis anyway?
16 A. Yes. Then we have Dr. Meyer who interpreted the
17 April 26, 2010 x-ray and he says that there is no pneumo-
18 coniosis. Then we have Dr. Wiot who interpreted the July
19 6, 2010 x-ray and he also says there is no pneumo-
20 coniosis.
21 Q. So, thus, we can say that there's a difference
22 of opinion on the x-ray?
23 A. Well, from those four physicians, yes.
24 Q. If we look at Mr. Mitchell's obstructive lung
25 disease and we put to one side whether or not he has

21

**Page 22**

1  medical coal workers' pneumoconiosis, the further inquiry
2  today would be whether or not he has what we call legal
3  pneumoconiosis.
4      If he does have COPD, if that COPD is caused or
5  aggravated by exposure to coal mine dust, that would
6  constitute legal pneumoconiosis; would it not?
7      A. Correct.
8      Q. From your report, I get the impression that your
9  opinion is that he does not have legal pneumoconiosis?
10     A. That's correct.
11     Q. I take it further that your opinion is that his
12  COPD and obstructive lung disease is due solely to his
13  cigarette smoking?
14     A. Yes.
15     Q. Now, do you make that distinction with a
16  reasonable degree of medical certainty?
17     A. I do.
18     Q. Is it part of like a differential diagnosis or
19  something? How do you separate out the causes of
20  obstructive lung disease in an individual such as
21  Mr. Mitchell?
22     A. Well, you can separate it out in him because he
23  has chronic obstructive pulmonary disease with a
24  bronchospastic component. He could have an element of
25  asthma or he could have an element of just COPD with

22

**Page 23**

1  bronchospasm as a result of tobacco smoking.
2      However, coal mine dust is inert and does not
3  contribute to bronchospasm. Therefore, it cannot be
4  affected by exposure to coal mine dust and you can rule
5  out legal pneumoconiosis as a result of that. Further --
6      Q. So the first factor would be bronchospasm?
7      A. Yes.
8      Q. And tobacco does affect that and coal mine dust
9  does not?
10     A. That's correct.
11     Q. Could you tell the Court what bronchospasm is?
12     A. It's a twitching of the airways such that it
13  obstructs the egress of air from the lungs.
14     Q. Why does coal mine not affect that?
15     A. Because it's inert. It does not cause any
16  bronchospasm whatsoever. That's been demonstrated time
17  after time after time that it does not cause a broncho-
18  reversible airway obstruction.
19     Q. Before we go too far, what kind of smoking
20  history did you glean from the treatment records on
21  Mr. Mitchell? In your report, it's kind of extensive, I
22  see.
23     A. His tobacco use history was obtained on four
24  occasions. One time, May 16, 2002, he was said to have
25  quit smoking in 1998. On December 15, 2003, he was said

23

**Page 24**

1  to have quit smoking in 1988.
2      On April 26 of 2010, he was said to have smoked
3  a half to a package of cigarettes daily from 1959 until
4  1988. That would have been a total of approximately 22
5  pack years. From '59 to '88 would be 29 years and the
6  reason I calculated that at 22 pack years --
7      Q. Twenty-nine years?
8      A. From '59 to '88 would be 29 years. Because he
9  was said to have smoked a half to a package of cigarettes
10  a day, I took three-quarters of a package of cigarettes
11  daily and that's how I arrived at 22 pack years.
12     Then, on July 6 of 2010, it was only a half pack
13  a day from '59 to '88 and, supposedly, he did not smoke
14  for five years from '62 to '67.
15     That would be 12 pack years, so what we have is
16  a variation in history. He at least began smoking at age
17  15, which means his lungs were particularly susceptible
18  at that age.
19     Q. What effect does tobacco smoke have on early
20  development of the lungs?
21     A. Our lungs continue to develop and add new
22  alveolar air spaces up until about the age of 20 and,
23  therefore, because they are still in their growth phase
24  as the individual grows, it affects their growth pattern
25  and can cause them to have obstructive disease later in

24

**Page 25**

1  life.
2      Q. So the earlier you begin, the worse it can be
3  later?
4      A. Yes.
5      Q. Now, does he have enough smoking history to
6  cause the kind of COPD that you see?
7      A. Yes, he does.
8      Q. Before we took this little detour on his smoking
9  history, you were enumerating factors that would allow
10  you to rule out coal mine dust as a cause of the COPD and
11  you talked about the bronchospasm.
12     A. Yes. As well as the bronchospasm which cannot
13  be affected by exposure to coal mine dust, he also has
14  that same disproportionate reduction of the volumes and
15  flows, indicating that it's tobacco smoking and not
16  exposure to coal mine dust.
17     He also again has the hypercarbia. Hypercarbia
18  is not known to happen in simple CWP, either medical or
19  legal and that further rules it out.
20     Q. Could you define "hypercarbia" for us?
21     A. That's retention of carbon dioxide. He has a
22  reason to have hypercarbia.
23     Q. What would that reason be?
24     A. The reason is that he has obstructive sleep
25  apnea, also known earlier as the Pickwickian syndrome and

25

1 obstructive sleep apnea -- he's been shown to have that.
2 He's very close to being defined as morbidly obese.
3      Obesity is the most encountered risk factor for
4 obstructive sleep apnea and that results in several
5 adverse diseases or syndromes such as I have listed; high
6 blood pressure, pulmonary hypertension, cerebrovascular
7 disease, ischemic stroke, heart failure and hypo-
8 ventilation leading to hypercarbia.
9      I found that that was directly applicable to the
10 case of Mr. Mitchell because he has high blood pressure
11 or systemic hypertension.  He has a cardiac arrhythmia
12 because his cardiograms have shown he has premature
13 ventricular contractions.
14      He also has had a stroke with residual
15 hemiparesis or inability to use the left side of his body
16 completely and he's also had an MRI that has demonstrated
17 that he has small-vessel ischemia of the brain and
18 cerebral atrophy so, therefore, obstructive sleep apnea
19 which is known to result in all of these problems have
20 also resulted in those problems in Mr. Mitchell.
21      Q.  And I believe you attached kind of an article
22 about the effects of obstructive sleep apnea to your
23 report on Mr. Mitchell.
24      A.  Yes.
25      Q.  And you found that applicable because all of

26

1 these sequela of sleep apnea appear in Mr. Mitchell?
2      A.  Yes.
3      Q.  Is there any other factor that would allow you
4 to rule out coal mine dust as a positive or contributing
5 factor to his obstructive lung disease?
6      A.  I believe that I've covered the factors very
7 well.
8      Q.  So you have, number one, bronchospasm; number
9 two, disproportionate reduction in volumes and flows;
10 number three, carbon dioxide retention and obstructive
11 sleep apnea effects.
12      Now, any one of those factors by itself probably
13 couldn't rule it out but, if you add the constellation of
14 all four of them, does it give you greater certainty that
15 coal mine dust is not a cause in Mr. Mitchell of his
16 obstructive lung disease?
17      A.  Yes, it does.  The more medical evidence that
18 you have, the more certain you can be of the probability
19 of the diagnosis.
20      Q.  Now, in your impression in your report, you said
21 that he had COPD with an asthmatic component.  What do
22 you mean?  Does he have to have asthma to have an
23 asthmatic component?
24      A.  In the report, I said COPD owing to tobacco
25 smoking with a bronchospastic component, not asthmatic.

27

1      Q.  Look on Page 4 at the very bottom kind of in the
2 middle of the page.  I was going to ask you the
3 difference between asthmatic and bronchospastic.
4      A.  Are you talking about the sentence?
5      Q.  Yes.
6      A.  That was the impression and then there's the
7 diagnoses.  Asthmatic component would imply that I have
8 some idea that he actually has asthma; whereas, from all
9 of the medical evidence that I had, I could only
10 determine that he had bronchospasm, but could not
11 determine that he actually had asthma.
12      Q.  I didn't want anybody to be confused about those
13 two different words.
14      A.  Okay.  Sorry for the confusion.
15      Q.  That's okay.  That's why we do depositions to
16 clear these little things up so that everybody is on the
17 same page.
18      Is there any relationship between smoking and
19 his obstructive sleep apnea or is that just two different
20 disease processes?
21      A.  Two different processes.
22      Q.  From your review of his occupational history, it
23 looks like the last thing he did was a mechanic and
24 tractor operator.
25      Would he have a totally-disabling pulmonary or

28

1 respiratory impairment preventing him from going back to
2 the job of a tractor operator or a mechanic?
3      A.  From the degree of his obstruction, yes.
4      Q.  Is any part of that disabling level of pulmonary
5 impairment caused or aggravated by the fact that he was
6 exposed to coal mine dust for some 32 years?
7      A.  No.
8      Q.  Can you rule out, based on the factors that
9 you've testified to here today, that coal mine dust had
10 any effect on his disabling level of pulmonary
11 impairment?
12      A.  Yes, you can rule out any effect whatsoever
13 based on all that I have testified to today.
14      Q.  On your report, you have an UpToDate.  Tell us
15 about what UpToDate is.  What is UpToDate?  It talks
16 about overview of obstructive sleep apnea in adults.  You
17 attached that to your report, but tell us about what
18 UpToDate is.
19      A.  UpToDate was actually started at Johns Hopkins.
20 It is a nationally-available, internationally-available
21 review of specific topics, complete with references so
22 that they appear very much as if they were journal
23 articles.
24      It is by subscription only.  It's utilized by
25 physicians throughout the United States.  It costs about

29

App. 28

1 $500 a year for the subscription to it.  The particular
2 topics are reviewed quite frequently and updated very
3 frequently so that, if a physician has a question
4 regarding some particular topic, he can go online to that
5 topic and review it completely.
6        Because it is very thoroughly referenced, you
7 can actually look at each one of the references as you go
8 through the article.  For instance, this particular
9 article had 19 different references.
10        When you're online, you can actually click on
11 the number of the reference, bring it up and review that
12 reference if you find that one particularly germane to
13 the subject, so you have everything at your fingertips
14 essentially in one place.  It's almost like having an
15 online textbook of all of medicine.
16    Q.  Is it similar to peer-reviewed articles?
17    A.  Oh, yes, my golly so.  You have someone who
18 authors it, but you also have editors.  In fact, they're
19 named at the very top of the articles.
20    Q.  I see that there's an author and section editors
21 and deputy editor?
22    A.  Yes.
23    Q.  So those folks would check over the citations
24 and stuff like that?
25    A.  Yes.
                                                        30

1    Q.  Do you have a copy of it there, the article on
2 obstructive sleep apnea?
3    A.  I do.
4        MR. RISSE:  I would ask you to give that to the
5 court reporter and we'll make that Exhibit 2.  We might
6 as well put it on the deposition so they can find it real
7 easy.  Sometimes your report gets separated from the
8 deposition testimony.
9    (Deposition Exhibit No. 2 was marked for identification.)
10    Q.  Would you like to read or do you waive
11 signature?
12    A.  I'll waive.
13        MR. RISSE:  Thank you.  We are off the record at
14 this point.
15        (Signature was waived.)
16        (The deposition was concluded at 1:35 p.m.)
17                - - - - -
18
19
20
21
22
23
24
25
                                                        31

1        C E R T I F I C A T E
2
3 STATE OF WEST VIRGINIA  }
4
5    I, Twila Dawn Reed, a Court Reporter and Notary
  Public in and for the State of West Virginia, do hereby
6 certify that the witness, JOSEPH J. RENN, III, M.D., was
  by me first duly sworn to testify the truth, the whole
7 truth and nothing but the truth; that the foregoing
  deposition was taken at the time and place stated herein;
8 and that the said deposition was recorded
  stenographically by me and then reduced to typewriting
9 under my direction, and constitutes a true record of the
  testimony given by said witness, all to the best of my
10 skill and ability.
11    I further certify that the inspection, reading and
  signing of said deposition were waived by counsel for the
12 respective parties and by the witness.
13    I further certify that I am not a relative, or
14 employee of either counsel, and that I am in no way
  interested, directly or indirectly, in this action.
15
16    IN WITNESS WHEREOF, I have hereunto set my hand and
  affixed my seal of office this 16th day of August 2011.
17
18
19
20    TWILA DAWN REED
21    Court Reporter - Notary Public
22
23
24
25
                                                        2

Official Seal
Notary Public
State of West Virginia
Twila Dawn Reed
211 Holbert Lane, Maidsville, WV 26541
My Commission Expires March 1, 2019



EXHIBIT
No. 1
8-11-11
PENGAD 800-631-6989

AMERICAN JOURNAL OF INDUSTRIAL MEDICINE 31:495–502 (1997)

# Respiratory Impairments Due to Dust Exposure: A Comparative Study Among Workers Exposed to Silica, Asbestos, and Coalmine Dust

Xiaorong Wang, PhD,[1]* Eiji Yano, MD,[1] Koichi Nonaka, PhD,[1] Mianzheng Wang,[2] and Zhiming Wang, MD[2]

*We conducted a comparative study of pulmonary dysfunction among workers who were exposed to silica, asbestos, or coalmine dust. The results showed that all three groups of dust-exposed workers, even those without radiographic signs of pneumoconiosis, had decreased spirometric parameters and diffusing capacity (DLco) in both nonsmokers and smokers. Pulmonary function was further decreased when pneumoconioses were present in the three groups. In accord with increasing radiographic categories, pulmonary function in the workers with either silicosis or asbestosis was even lower, whereas in those with coal workers' pneumoconiosis (CWP), it changed relatively little. Workers with mild to moderate (radiographic category I–II) silicosis or asbestosis showed similarly decreased DLco, but those with silicosis showed lower $FEV_1/FVC$ than those with asbestosis. The workers with CWP also showed a lower $FEV_1/FVC$ than those with asbestosis. The major impairment patterns for silica workers, asbestos workers, and coal miners were mixed, restrictive and mixed, and obstructive, respectively. Smoking obviously increased the prevalence of obstruction for all the groups. We conclude from the present study that all the three dusts cause functional abnormalities that precede radiographic changes of pneumoconiosis. We should pay more attention to respiratory impairment in the initial stage of silicosis and CWP.* Am. J. Ind. Med. 31:495–502, 1997.   © 1997 Wiley-Liss, Inc.

KEY WORDS: *silica; silicosis; asbestos; asbestosis; coalmine dust; coal workers' pneumoconiosis; pulmonary function; spirometric parameters; diffusing capacity; respiratory impairments*

## INTRODUCTION

Silica, asbestos, and coalmine dust have been known to induce pulmonary dysfunction and pneumoconiosis in exposed workers, but it is assumed that the nature and extent of

[1]Department of Hygiene and Public Health, Teikyo University School of Medicine, Tokyo, Japan.
[2]Department of Occupational Medicine, School of Public Health, West China University of Medical Sciences, China.
*Correspondence to: Xiaorong Wang, Dept. of Hygiene and Public Health, Teikyo University School of Medicine, 11-1, Kaga, 2 Chome, Itabashi-ku, Tokyo, Japan.

Accepted for publication 15 September 1996

© 1997 Wiley-Liss, Inc.

respiratory impairment vary with the kind of dust. It has been thought that reduction of pulmonary function caused by asbestos often precedes radiographic changes and progresses rapidly [Becklake et al., 1970; Rodriguez-Roisin et al., 1980]. However, it is asserted that significant impairment in lung function due to exposure to silica or coalmine dust is generally absent until massive fibrosis supervenes [Anon, 1980; Sargent and Morgan, 1980; Parkes, 1994]. Simple nodular silicosis has been associated with little or no functional abnormality, whereas the more advanced complicated silicosis may be accompanied by restrictive, obstructive, and mixed patterns of ventilatory impairments [Seaton, 1984]. In some reports, the respiratory impairments of coal miners are generally small and trivial, without severe dust-related effects [Morgan, 1986; Nemery, 1987]. How-

496    Wang et al.

ever, a few studies have shown that exposure to silica or coalmine dust can cause significant impairments of pulmonary function, even without advanced pneumoconiosis [Koshinen, 1985; Cowie et al., 1991; Attfield and Hodous, 1992; Hnizdo et al., 1994]. One possible explanation for the disagreement is due to exposure variables of intensity and duration, as well as type of dust. In addition, the effect of smoking is a factor contributing to the disagreement, because most workers exposed to dust are smokers.

This study was designed to clarify the difference on pulmonary impairments due to exposure to different dusts by directly comparing pulmonary function among silica workers, asbestos workers, and coal miners on the basis of radiographic findings. In particular, we intended to clarify if exposure to silica or coalmine dust really causes little respiratory impairment until pneumoconiosis is severe. The data were derived from a survey conducted in 1989, in which we surveyed Chinese workers exposed to these three kinds of dust and who completed functional measurements for the purpose of providing scientific basis on the classification of pulmonary dysfunction in patients with pneumoconiosis for the Chinese compensation policy [Wang et al., 1991]. The study described here reanalyzed the data collected from the cross-sectional study.

## MATERIALS AND METHODS

### Study Subjects

Workers from an iron-steel plant, an asbestos products manufacturing factory, and an underground coal mine were selected from Chongqing, China. Although dust concentration in the workplaces had not been regularly measured for the past decades, the total dust concentrations in all the three workplaces nearly always exceeded 2 mg/m³. We set selection criteria of the subjects as follows: (1) current or retired male workers of the three enterprises with direct dust exposure for at least 3 years, and (2) without clinical cardiovascular disorders, neuromuscular dysfunction, or respiratory diseases including active tuberculosis and other infectious or malignant respiratory disease at the time of survey.

Silica-exposed workers were those working in a refractory brick manufacturing workshop in the iron-steel plant. From a total of 154 current workers in the workshop, we excluded 55 workers (11 female, 44 without direct dust exposure or with an exposure of <3 years), but included 120 retired workers of the workshop, for a total of 219 silica workers for the study.

There were 500 current workers in asbestos products manufacture in which chrysotile mainly had been used to produce asbestos textile and shingle, as well as asbestos cement. From them, we excluded females (265) and those who did not conform to the selection criteria or refused to participate (92), but included 105 retired workers. Thus we attained 248 asbestos workers for the study.

We surveyed a very large underground coal mine with many pits and selected miners in two pits relatively close to a coalmine hospital where the examination was performed. Of these current coal miners, 260, or 85%, participated in the survey after excluding those with exposure duration of <3 years. Also, 237 retired coal miners were included for a total of 497 examined in the study.

According to the regulations on pneumoconioses by the Labor Ministry of China, workers diagnosed as having pneumoconiosis are recommended to retire and to be paid a pension. Therefore, there were a few workers with pneumoconioses among current employees. A majority of the retired workers included in our study were those who had retired or left work due to pneumoconiosis. We confirmed their diagnosis using medical records obtained from the enterprises. As the medical records were the basis for determining the financial compensation, almost all of the records were very well kept.

Control workers were selected from an electronic instrument and meter assembly plant in Chongqing where no dust exposure existed. There were ~500 workers in the plant; nearly half were females. From the remaining males, excluded were 25 workers whose work duration was <3 years, 15 workers with cardiovascular and/or respiratory diseases, and 43 workers who refused to participate. Thus, 167 workers were included in the final control study group. According to their medical records, there was no obvious difference in physical status between the refusing workers and the 167 selected workers.

### Radiographic Reading

At least one posteroanterior chest radiograph had been taken almost every 2 years for all subjects exposed to dust since their dust-exposed jobs had started. The most recent radiographs were classified into one of the four categories by the experts of the Panels of Pneumoconioses Diagnosis of Sichuan Province. The Radiographic Criteria and Classification of Pneumoconiosis used in China differ from the ILO [1980] Classification. The Chinese system defines the disease into categories 0, I, II, and III to refer to none, light, moderate, and severe conditions, respectively. However, a comparison of Chinese and American radiograph readers and pneumoconiosis classification has shown that a valid correspondence exists between the Chinese and American interpretations [Hodous et al., 1991]. Categories 0, I, and II basically correspond to 0, 1, 2, and 3 by the ILO Classification; category III is an equivalent of pneumoconiosis in categories A, B and C by the ILO Classification.

### Questionnaires

Occupational history including a complete job and exposure history was recorded. The level of exposure was

assessed by the total years of dust exposure. A medical history of the subjects was obtained from both the medical records of the plants or the coal mine and from subject interviews. Question items used in the interview were based on the Medical Research Council Questionnaires [MRC, 1965] and are not discussed further here.

With regard to smoking status, a current smoker was defined as one who still smoked or who had quit smoking <3 months prior to the interview. An ex-smoker was someone who had given up smoking at least 3 months earlier, and a nonsmoker was a person who had never smoked regularly. Smoking amount was expressed by smoking index (pack-year).

## Pulmonary Function Tests

Spirometric tests (FVC, FEV$_1$, FEV$_1$/FVC) were performed in accordance with performance and reproducibility criteria of the American Thoracic Society current at that time [ATS, 1979], and at least three acceptable spirograms were obtained on each subject at standing position with a nose-clip. Single-breath diffusing capacity for carbon monoxide (DLco) based on the Epidemiology Standardization Project [Ferris, 1978] was measured at least three times on each subject in a sitting position. A water-sealed spirometer of nine liters (Godart, The Netherlands) and Pulmonary Gas Analyzer (GC-1, China) were used. Both of the spirometric tests and DLco were converted to standard conditions (body temperature and pressure, saturated with water vapor) and the best of three values was used for analysis.

Predicted values for pulmonary function were those obtained by the same laboratory using the same equipments in healthy male adult Chinese without exposure to dust and toxic substances [Wang, 1988]. Pulmonary function values, except FEV$_1$/FVC, of all subjects were expressed as percentage of predicted values based on age and height using the prediction equations.

The patterns of respiratory impairment were defined as follows: *normal*: all normal FVC, FEV$_1$, FEV$_1$/FVC and DLco; *restrictive*: FVC <80%; and FEV$_1$ and FEV$_1$/FVC normal; *obstructive*: FEV$_1$ < 80% and/or FEV$_1$/FVC < 70%; and FVC normal; *mixed*: FVC < 80%; and FEV$_1$ < 80% and/or FEV$_1$/FVC < 70%; and/or DLco < 80%; *abnormal DLco alone*: DLco < 80% and others normal. Pulmonary function tests were performed by the same technicians with the same protocol throughout the survey.

## Statistics

All data were analyzed with statistical analysis system (SAS) software package. Analysis of variance and Dunnett's test for multiple comparisons were used for comparing the control with each dust-exposed group. Unless otherwise stated, the term statistically "significant" is used to denote a p value < 0.05.

**TABLE I.** Demographic, Radiographic, Occupational and Smoking Information of the 4 Groups of Workers, China 1989

| | Silica workers | Asbestos workers | Coal miners | Control workers |
|---|---|---|---|---|
| No. | 219 | 248 | 497 | 167 |
| **Age (yr)** | | | | |
| mean | 50.7 | 55.6 | 58.3 | 38.3 |
| SD | 15.8 | 12.0 | 10.8 | 9.2 |
| range | 23–82 | 31–82 | 26–82 | 21–64 |
| **Height (cm)** | | | | |
| mean | 163.3 | 162.4 | 162.6 | 167.0 |
| SD | 6.7 | 5.8 | 5.7 | 5.8 |
| range | 147–182 | 145–179 | 147–178 | 148–183 |
| **Exposure duration (yr)** | | | | |
| mean | 19.1 | 18.6 | 18.9 | — |
| SD | 7.8 | 7.9 | 8.8 | — |
| range | 3–40 | 3–38 | 3–52 | — |
| **Radiographic categories** | No. (%) | No. (%) | No. (%) | — |
| 0 | 107 (49) | 163 (66) | 275 (55) | — |
| I | 75 (34) | 75 (30) | 132 (27) | — |
| II | 30 (14) | 10 (4) | 73 (15) | — |
| III | 7 (3) | 0 (0) | 17 (3) | — |
| **Smoking history** | No. (%) | No. (%) | No. (%) | No. (%) |
| NS[a] | 38 (17) | 53 (21) | 82 (17) | 81 (48) |
| XS[b] | 33 (15) | 14 (6) | 108 (21) | 6 (4) |
| CS[c] | 148 (68) | 181 (73) | 307 (62) | 80 (48) |
| **Smoking index (pack-yr)** | | | | |
| mean | 22.4 | 30.1 | 24.7 | 11.8 |
| SD | 14.1 | 17.1 | 14.5 | 8.1 |
| range | 2–60 | 2–96 | 2–80 | 2–35 |

[a]NS: Nonsmokers.
[b]EX: Ex-smokers.
[c]CS: Current smokers.

## RESULTS

### Study Groups and Mean Values of Pulmonary Function

Altogether, 1,131 males comprising silica workers, asbestos workers, coal miners, and control workers were studied. Table I shows the basic characteristics of each group. Of the 219 silica workers, 112 (51%) were with silicosis (I–III), 85 out of the 248 (34%) asbestos workers were with asbestosis (I–II), and 222 out of the 497 (45%) coal miners were with coal workers' pneumoconiosis (CWP, I–III). The workers exposed to dust were far more likely to smoke than the control workers (~80% vs. 50%). Control workers were younger and taller than dust-exposed workers.

In Table II, each group of workers was subgrouped depending on smoking status and whether they had

498    Wang et al.

TABLE II. Pulmonary Function Values (mean ± SD) for All 4 Groups of Studied Dust Exposed Workers, China 1989

| Groups[a] | | | | Nonsmokers | | | | | | | | Smokers | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | No | Age (yr) | Exposure (yr) | FVC | FEV1 | FEV/FVC | DLco | No | Age (yr) | Exposure (yr) | FVC | FEV1 | FEV/FVC | DLco |
| **Silica** | | | | | | | | | | | | | | | |
| Wo | 18 | 41.0 ± 10.5 | 18.2 ± 8.9 | 94.0 ± 14.47 | 99.0 ± 16.4 | 80.6 ± 9.0 | 89.2 ± 10.4 | 89 | 36.1 ± 8.3 | 15.9 ± 7.0 | 96.4 ± 12.5 | 96.1 ± 14.3 | 77.6 ± 9.2 | 89.6 ± 13.1 |
| Wp | 20 | 64.6 ± 8.2 | 19.1 ± 6.5 | 89.8 ± 21.8 | 88.0 ± 30.2 | 65.5 ± 13.8[b] | 83.4 ± 16.6 | 92 | 63.8 ± 7.1 | 22.5 ± 7.3 | 92.1 ± 20.0 | 87.5 ± 21.7[b] | 63.2 ± 13.8[b] | 84.9 ± 18.7 |
| **Asbestos** | | | | | | | | | | | | | | | |
| Wo | 33 | 55.0 ± 11.1 | 19.6 ± 8.6 | 96.2 ± 16.0 | 94.1 ± 18.3 | 88.4 ± 12.4 | 93.2 ± 18.7 | 130 | 50.9 ± 12.3 | 16.4 ± 7.3 | 97.0 ± 15.6 | 96.0 ± 20.6 | 72.3 ± 13.3 | 99.5 ± 23.1 |
| Wp | 20 | 64.9 ± 6.8 | 20.5 ± 9.1 | 91.5 ± 21.8 | 101.9 ± 31.6 | 74.0 ± 7.6 | 90.8 ± 25.7 | 65 | 61.8 ± 8.0 | 21.8 ± 7.2 | 94.2 ± 20.1 | 95.5 ± 24.0 | 69.4 ± 11.4 | 90.0 ± 15.2[b] |
| **Coal** | | | | | | | | | | | | | | | |
| Wo | 48 | 57.9 ± 11.0 | 18.0 ± 10.4 | 102.5 ± 16.3 | 104.7 ± 22.5 | 71.2 ± 10.3 | 104.7 ± 13.9 | 227 | 54.9 ± 12.3 | 15.5 ± 7.6 | 99.8 ± 16.6 | 98.3 ± 24.8 | 69.8 ± 12.7 | 101.5 ± 18.8 |
| Wp | 34 | 63.3 ± 5.6 | 22.0 ± 7.2 | 95.8 ± 19.1 | 97.7 ± 27.9 | 67.4 ± 12.5 | 89.6 ± 15.5[b] | 188 | 61.7 ± 7.8 | 22.5 ± 8.4 | 95.6 ± 18.8 | 91.0 ± 25.9[b] | 64.3 ± 12.8[b] | 96.0 ± 22.2 |
| Control workers | 81 | 37.9 ± 9.6 | — | 101.6 ± 12.3 | 104.5 ± 13.6 | 79.2 ± 7.4 | 127.2 ± 22.3 | 86 | 38.7 ± 8.9 | — | 104.8 ± 12.3 | 104.2 ± 14.6 | 76.6 ± 8.1 | 122.7 ± 15.4 |

Woc: dust-exposed workers with no radiographic signs of pneumoconiosis; Wp: workers with pneumoconiosis.
[b]p < 0.05 comparing those with pneumoconiosis with those without within the same smoking category by t-test.

TABLE III. Prevalence of Impaired Pulmonary Function in 4 Groups of Workers, China 1989

| Occupational populations[a] | | | Nonsmokers | | | | | Smokers | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | No | Normal No (%) | Obs[b] No (%) | Res[c] No (%) | Mixed No (%) | Abn DLco[d] No (%) | No | Normal No (%) | Obs[b] No (%) | Res[c] No (%) | Mixed No (%) | Abn DLco[d] No (%) |
| **Silica** | | | | | | | | | | | | |
| Wo | 107 | 13 (72.2) | 2 (11.1) | 0 (0.0) | 2 (11.1) | 1 (5.6) | | 57 (64.0) | 15 (16.9) | 1 (1.1) | 5 (5.6) | 11 (12.4) |
| Wp | 112 | 5 (25.0) | 4 (20.0) | 1 (5.0) | 8 (40.0) | 2 (10.0) | | 25 (27.2) | 24 (26.1) | 2 (2.2) | 35 (38.0) | 6 (6.5) |
| **Asbestos** | | | | | | | | | | | | |
| Wo | 163 | 17 (51.4) | 5 (15.2) | 5 (15.2) | 5 (15.2) | 1 (3.0) | | 67 (51.5) | 38 (29.2) | 11 (8.5) | 12 (9.2) | 2 (1.6) |
| Wp | 85 | 6 (30.0) | 3 (15.0) | 6 (30.0) | 5 (25.0) | 0 (0.0) | | 18 (27.7) | 23 (35.4) | 9 (13.9) | 14 (21.5) | 1 (1.5) |
| **Coal** | | | | | | | | | | | | |
| Wo | 275 | 29 (60.4) | 15 (31.2) | 0 (0.0) | 3 (6.3) | 1 (2.1) | | 111 (48.9) | 75 (33.1) | 6 (2.6) | 28 (12.3) | 7 (3.1) |
| Wp | 222 | 12 (35.3) | 13 (38.2) | 1 (3.0) | 7 (20.6) | 1 (2.9) | | 54 (28.7) | 85 (45.2) | 5 (2.7) | 37 (19.7) | 7 (3.7) |
| Control workers | 167 | 71 (87.7) | 5 (6.2) | 2 (2.5) | 1 (1.2) | 2 (2.4) | | 64 (74.4) | 20 (23.2) | 1 (1.2) | 1 (1.2) | 0 (0.0) |

radiographic signs of pneumoconiosis. The smokers included current and ex-smokers. Overall, the mean values of pulmonary function in all the dust-exposed groups tended to be lower than those in the control group. Within the workers exposed to the same kind of dust, those with pneumoconiosis tended to have lower values than did those without. In each dust-exposed group, there was no consistent change in FVC, $FEV_1$, and DLco by smoking status, but $FEV_1/FVC$ tended to decrease in the smoking group except for the asbestos workers without radiographic signs of pneumoconiosis.

## Exposure to Different Kinds of Dust and Pulmonary Function

Figure 1 shows the changes in pulmonary function (relative to the controls) of the workers exposed to dust with no radiographic signs of pneumoconiosis. FVC and $FEV_1$ decreased significantly in the smoking silica workers. All the spirometric parameters except for FVC of the nonsmokers were significantly decreased in both nonsmoking and smoking asbestos workers. Although the decrements in FVC among nonsmoking silica and asbestos workers do not achieve statistical significance, they appear close to achieving statistical significance. For the coal miners, $FEV_1/FVC$ significantly decreased in both nonsmokers and smokers. In addition, exposure to each of the three dusts was associated with a statistically significant decrement in DLco for both nonsmokers and smokers (p < 0.01).

## Radiographic Category and Pulmonary Function

Figure 2 shows mean values of DLco by radiographic category and smoking status in all the dust-exposed workers. DLco tended to decrease with the advent and progression of radiographic signs of silicosis and asbestosis regardless of smoking history. DLco decreased with the advent of CWP, but the tendency that further reduced with progression of CWP was less obvious. Within the same category of radiographic pneumoconiosis, the workers with category I or II silicosis had as low DLco as those with asbestosis. Overall, CWP had a higher DLco relative to silicosis and asbestosis. $FEV_1/FVC$ (shown in Fig. 3) decreased significantly with the advent and progression of silicosis in both the nonsmokers and smokers. $FEV_1/FVC$ decreased with advent of CWP (category I) and as low as that of category I silicosis, but did not decrease with the further progression of CWP. Those with asbestosis (category I and II) had relatively higher $FEV_1/FVC$. It seemed that $FEV_1/FVC$ increased with the advent and progression of asbestosis in the nonsmoking asbestos workers. The tendency was not observed in the smokers. Compared to the nonsmokers, the smokers showed lower mean $FEV_1/FVC$ in those with either silicosis, asbestosis, or CWP, but no obvious difference in DLco.



**FIGURE 1.** Change of lung function in different kinds of dust-exposed workers without radiographic signs of pneumoconiosis, relative to the control workers. The average values of the controls are regarded as 0 (bars represent 95% confidence intervals).

## Different Dust Exposure and Prevalence of Functional Impairments

In Table III, functional impairments in the four groups of workers are classified into the five patterns. All the groups exposed to dust had a higher total prevalence of impaired pulmonary function than did the control workers. However, functional impairments were more likely when the radio

500     Wang et al.



**FIGURE 2.** DLco by radiographic category and smoking status for all workers exposed to dust. Statistical tests by analysis of variance showed significant difference among radiographic categories in the asbestos workers.



**FIGURE 3.** FEV₁/FVC by radiographic category and smoking status for all workers exposed to dust. Statistical tests by analysis of variance showed significant difference among radiographic categories in the silica workers.

graphic signs of pneumoconiosis were present. (Statistical analysis was not performed comparing workers with and without radiographic signs of pneumoconiosis because of small numbers in each subgroup.) Furthermore, the prevalence of several impairments varied by the kind of dust exposure and smoking status. For nonsmokers, the most prevalent pattern of impairment was "obstructive" for the coal miners, "restrictive" for the asbestos workers, and "mixed" for the silica workers. In addition, the prevalence of abnormal DLco alone was found to be higher in silica workers.

The dominant type of impairment was different between smokers and nonsmokers. Smoking obviously increased the prevalence of obstruction for all the groups. Moreover, the smokers had a higher prevalence of impaired function in most of the groups. Although the total prevalence of impaired function was similar between the smokers and nonsmokers in the asbestos workers, the prevalence of obstruction was predominant in those who smoked. This differed from the case of restriction where the nonsmokers showed a slightly higher prevalence.

## DISCUSSION

It is widely acknowledged that respiratory impairments can result from inhalation of silica, asbestos, or coalmine dusts. However, the extent and nature of the respiratory impairments related to these dusts remain controversial. This study was designed to compare directly the effects of exposure to these different dusts on pulmonary function. The three groups of workers exposed to different dusts had similar mean exposure durations, which were used as a surrogate for exposure level.

One of the striking findings from the present study is the significant decrement of DLco and most of spirometric parameters in silica and asbestos workers and coal miners even without radiographic signs of pneumoconiosis. It was believed that exposure to asbestos usually causes impairment of DLco [Murphy et al., 1972; Becklake, 1976], whereas exposure to silica or coalmine dust rarely changes DLco [Teculescu and Stanescu, 1970; Jones et al., 1975; Morgan, 1976]. The finding of the present study is inconsistent with these ideas. As the mean age differed among the

App. 35

four groups, one may argue that the age difference accounts for the result. However, the age of the silica workers was similar to that of the control workers, but the silica workers still showed significantly lower values, which implies that dust exposure per se greatly contributed to the functional abnormality. Reduction of DLco observed in our silica workers may be attributed to loss of lung tissue secondary to the development of space-occupying lesions [Musk et al., 1981]. Although radiographic signs of pneumoconiosis were not shown in those without silicosis, biopsy-proven pulmonary fibrosis in such workers was observed by some other authors [Epler et al., 1978]. In addition, association between reduced DLco and emphysema due to silica exposure has been indicated by a few recent studies [Cowie et al., 1993; Bégin et al., 1995; Talini et al., 1995]. In general, our results suggest that in addition to asbestos, exposure to silica and coalmine dust may cause marked functional abnormalities that precede the radiographic changes of pneumoconiosis. Some other recent reports [Malmberg et al., 1993; Attfied and Hodous, 1992; Soutar et al., 1993] based on the ILO Classification have demonstrated the same findings as ours.

Whether marked respiratory impairments are associated with mild (simple nodular) silicosis has been debated. Many authors have assumed that unlike asbestosis, mild silicosis is not accompanied by a marked functional impairment [Sargent and Morgan, 1980; Parkes, 1994], whereas some others have reported that mild silicosis is associated with appreciable respiratory impairments [Koshinen, 1985; Tze-pin NG et al., 1987]. Our findings followed the latter and showed that pulmonary function in category I of silicosis was significantly decreased compared to that in silica workers without silicosis, and even more decreased than that in category I of asbestosis. If our findings stand, they mean that mild silicosis may result in marked functional abnormality, which is not necessarily less serious than asbestosis. The finding that pulmonary function was further reduced when silicosis progressed from category I to category III corroborates that functional impairments are aggravated with severity of silicotic parenchymal abnormalities. In the selection of subjects, we defined that those with active tuberculosis should be excluded. It might disproportionately exclude those with significant silicosis because silicosis predisposes to pulmonary tuberculosis. However, the exclusion was based on both radiography and bacteriological confirmation, and only a few cases were actually excluded. Therefore, this procedure was not likely to cause selection bias.

Similarly to silicosis, whether simple CWP results in marked functional abnormality is controversial [Morgan and Lapp, 1976; Hurley and Soutar, 1986; Marine et al., 1988; Lewis et al., 1996]. Our data showed that pulmonary function significantly decreased when mild CWP (category I) was present. There may be a difference in the potency of coalmine dust to impair human lung among different collieries. Contrary to our silica workers, the pulmonary function of our coal miners did not worsen appreciably with further

radiographic progression. It means that marked respiratory impairments may begin with the early stage of CWP.

In accord with previous studies, pulmonary functional impairments related to asbestosis occurred at the early stage. In spite of an absence of a case of category III asbestosis in this study, the tendency of changes in pulmonary function up to at least category II indicates that impaired DLco has deteriorated with radiographic progression of asbestosis. Our results showed that the nonsmoking asbestos workers with no radiographic signs of pneumoconiosis started with low FEV$_1$/FVC, but it increased with the advent and progression of asbestosis. It may be explained that small airways disease is caused by inhalation of asbestos at an early stage and that the rise of FEV$_1$/FVC with progression of asbestosis results from interstitial fibrosis, which increases lung recoil and enlarges bronchial caliber, thereby overcoming the effects of small airways disease [Miller et al., 1992]. However, the same trend was not observed in the smoking asbestos workers in the study. This may be attributable to the effect of smoking, because smoking is very potent in causing obstructive change. A further study is needed to corroborate the findings.

We have compared the patterns of functional impairment in workers exposed to different kinds of dust. The patterns of functional impairment varied with dust type in the absence of smoking effect. The workers exposed to silica showed a high prevalence of combined restrictive-obstructive (mixed) impairment. As for the asbestos workers, restrictive impairment appeared slightly higher, yet the proportion of mixed impairment was also high. There have been major debates [Bégin et al., 1983; Rosenstock et al., 1988; Kilburn et al., 1994; Miller et al., 1994] whether the impairment caused by asbestos mainly manifests as restriction. The present result is not sufficient to render a conclusive comment for that debate. A high proportion of obstruction with pronounced reduction of the FEV$_1$/FVC was observed in coal miners. Pure restrictive impairment was a rare feature in coal miners.

Smoking clearly contributed to airway obstruction, with reduction of FEV$_1$/FVC in all the workers. The fact that smokers tended to have a higher prevalence of impaired function in the workers exposed to either silica or coalmine dust suggests that both dust and cigarette smoking produce these abnormalities. For the workers exposed to asbestos, obstruction was predominant in the smokers, whereas in the case of nonsmoking asbestos workers, obstruction was not predominant. This suggests that smoking modified the effects of asbestos on pulmonary function. In general, cigarette smoking deteriorated pulmonary function, which showed a classic obstructive pattern of abnormality, but no doubt the respiratory impairments were also related to exposure to silica, asbestos, or coalmine dust.

One drawback of this study was that information about regular measurements of each dust concentration was unavailable, and it was impossible to analyze the influence of dust concentration. However, it was clear that all the examined workers had been exposed to moderate to high concentration of dust, which greatly exceeded the Maximal Allowable

502    Wang et al.

Concentration of China at that time (2 mg/m³). Moreover, the comparison of pulmonary function related to different dust exposure was made uniformly on the basis of radiographic findings of pneumoconiosis in this study.

In summary, all silica, asbestos, and coalmine dusts cause pulmonary functional abnormalities, which precede radiographic changes of pneumoconiosis. More attention to the respiratory impairment in the initial stage of silicosis and CWP is needed.

# REFERENCES

American Thoracic Society (1979): Standardization of spirometry. Am Rev Respir Dis 119:831–838.

Anonymous (1980): Occupation and bronchitis (Editorial). Lancet 1:235–236.

Attfield MD, Hodous TK (1992): Pulmonary function of U.S. coal miners related to dust exposure estimates. Am Rev Respir Dis 145:605–609.

Becklake MR, Fournier-Massey G, McDonald JC, Siemiatycki J, Rossiter CE (1970): Lung function in relation to chest radiographic changes in Quebec asbestos workers: I. Methods, results and conclusions. Bull Physiopathol Respir 6:637–659.

Becklake MR (1976): Asbestos-related diseases of lung and other organs: their epidemiology and implications for clinical practice. Am Rev Respir Dis 114:187–227.

Bégin R, Cantin A, Berthiaume Y, Boileu R, Peloquin S, Masse S (1983): Airway function in lifetime-nonsmoking older asbestos workers. Am J Med 75:631–638.

Bégin R, Filion R, Ostiguy G (1995): Emphysema in silica- and asbestos-exposed workers seeking compensation. Chest 108:647–655.

Cowie RL, Mabena SK (1991): Silicosis, chronic airflow limitation, and chronic bronchitis in South African gold miners. Am Rev Respir Dis 143:80–84.

Cowie RL, Hay M, Thomas RG (1993): Association of silicosis, lung dysfunction, and emphysema in gold miners. Thorax 48:746–749.

Epler GR, Mcloud TC, Gaensler EA, Mikus JP, Carrington CB (1978): Normal chest roentgenograms in diffuse infiltrative lung disease. N Engl J Med 298:934–939.

Ferris BG Jr (1978): Epidemiology standardization project. Am Rev Respir Dis 118:54–88.

Hnizdo E, Sluis-Cremer GK, Baskind E, Murray J (1994): Emphysema and airway obstruction in non-smoking South African gold miners with long exposure to silica dust. Occup Environ Med 51:557–563.

Hodous TK, Chen RA, Kinsley KB, Liu XT, McLaughlin JK, Chen (1991): A comparison of pneumoconiosis interpretation between Chinese and American readers and classification. J Tongji Med Univ 11:225–229.

Hurley JF, Soutar CA (1986): Can exposure to coalmine dust cause a severe impairment of lung function? Br J Ind Med 43:150–157.

International Labour Organization (1980): "Guidelines for the Use of ILO International Classification of Radiographs of Pneumoconiosis," rev. Geneva, Switzerland: International Labour Organization; (Occupational Safety and Health, Series no 22.)

Jones RN, Weill H, Ziskind M (1975): Pulmonary function in sandblasters' silicosis. Bull Physio Path Respir 11:589–595.

Kilburn KH, Raphael H, Warshaw BA (1994): Airways obstruction from asbestos exposure. Effects of asbestos and smoking. Chest 106:1061–1070.

Koskinen H (1985): Symptoms and clinical findings in patients with silicosis. Scand J Work Environ Health 11:101–106.

Malmberg P, Hedenstrom H, Sundblad BM (1993): Changes in lung function of granite crushers exposed to moderately high silica concentrations: a 12 year follow up. Br J Ind Med 50:726–731.

Marine WM, Gurr D, Jacobsen M (1988): Clinically important respiratory effects of dust exposure and smoking in British coal miners. Am Rev Respir Dis 137:106–112.

Medical Research Council (1965): Definition and classification of chronic bronchitis for clinical and epidemiological purpose. Lancet 1:775–779.

Miller A, Lilis R, Godbold J, Chan E, Selikoff IJ (1992): Relationship of pulmonary function to radiographic interstitial fibrosis in 2611 long-term asbestos insulators. An assessment of the International Labour Organization profusion score. Am Rev Respir Dis 145:263–270.

Miller A, Lilis R, Godbold J, Chan E, Wu X, Selikoff IJ (1994): Spirometric impairments in long-term insulators: Relationships to duration of exposure, smoking and radiographic abnormalities. Chest 105:175–182.

Morgan WKC, Lapp NL (1976): Respiratory disease in coal miners. Am Rev Respir Dis 113:531–558.

Morgan WKC (1986): On dust, disability and death. Am Rev Respir Dis 134:639–641.

Murphy RLH Jr, Gaensler EA, Redding RA, Bellean R, Keelan PJ, Smith AA, Goff AM, Ferris BG Jr (1972): Low exposure to asbestos: Gas exchange in ship pipe coverers and controls. Arch Environ Health 25:253–264.

Musk AW, Cotes JE, Bevan C, Campbell MJ (1981): Relationship between type of simple coalworkers' pneumoconiosis and lung function: A nine-year follow-up study of subjects with small rounded opacities. Br J Ind Med 38:313–320.

Nemery B, Veriter C, Brasseur L, Frans A (1987): Impairment of ventilatory function and pulmonary gas exchange in nonsmoking coal miners. Lancet ii:1427–1430.

Parkes WR (1994): "Occupational Lung Disorders," 3rd ed. New York: Butterworth-Heinemann, pp 285–380.

Rodriguez-Roisin R, Merchant JA, Cochrane GM, Hickey BPH, Turner-Warwick M, Clark TJH (1980): Maximal expiratory flow volume curves in workers exposed to asbestos. Respiration 39:158–165.

Rosenstock L, Barnhart S, Heyer NJ, Pierson DJ, Pierson DJ, Hudson LD (1988): The relation among pulmonary function, chest roentgenographic abnormalities, and smoking status in an asbestos-exposed cohort. Am Rev Respir Dis 138:272–277.

Lewis S, Bennett J, Richards K, Britton J (1996): A cross sectional study of the independent effect of occupation on lung function in British coal miners. Occup Environ Med 53:125–128.

Sargent EN, Morgan WKC (1980): Silicosis. In Preger L (ed): "Induced Disease." New York: Grune & Stratton, pp 297–315.

Seaton A (1984): Silicosis. In: Morgan WKC, Seaton A (eds): "Occupational Lung Diseases," 3rd ed. Philadelphia: WB Saunders.

Soutar C, Campbell S, Gurr D, Lloyd M, Love R, Cowie H, Cowie A, Seaton A (1993): Important deficits of lung function in three modern colliery populations. Am Rev Respir Dis 147:797–803.

Talini D, Paggiaro PL, Falaschi F, Battolla L, Carrara M, Petrozzino M, Begliomini E, Bartolozzi C, Giuntini C (1995): Chest radiography and high resolution computed tomography in the evaluation of workers exposed to silica dust: Relation with functional findings. Occup Environ Med 52:262–267.

Teculescu BD, Stanescu DC (1970): Carbon monoxide transfer factor for the lung in silicosis. Scand J Respir Dis 51:150–159.

Tze-pin NG, Shiu-lun C, Ka-ping L (1987): Radiological progression and lung function in silicosis: a ten year follow up study. Br Med J 295(18):164–168.

Wang X (1988): Study of pulmonary function with special reference to diffusing capacity in asbestos workers. J Ind Hyg Occup Dis 6:69–72 (in Chinese).

Wang X, Wang Z, Wang M, Zhan C (1991): Classification of pulmonary dysfunction in pneumoconiosis patients of China. J Ind Hyg Occup Dis 9:340–342 (in Chinese).



Official reprint from UpToDate®
www.uptodate.com
©2011 UpToDate®



EXHIBIT
No. 2
8-11-11
PENGAD 800-631-6989

# Overview of obstructive sleep apnea in adults

**Author**
Kingman P Strohl, MD

**Section Editors**
Robert C Basner, MD
Mark H Sanders, MD

**Deputy Editor**
Kevin C Wilson, MD

**Last literature review version 18.3:** September 2010  |  **This topic last updated:** September 7, 2010

**INTRODUCTION** — Obstructive sleep apnea (OSA) is a common chronic disorder that often requires lifelong care [1]. Cardinal features of OSA in adults include:

- Obstructive apneas, hypopneas, or respiratory effort related arousals.

- Daytime symptoms attributable to disrupted sleep, such as sleepiness, fatigue, or poor concentration.

- Signs of disturbed sleep, such as snoring, restlessness, or resuscitative snorts.

OSA is an important disorder because patients are at increased risk for poor neurocognitive performance and organ system dysfunction, due to repeated arousals and/or hypoxemia during sleep over months to years. The severity and duration of OSA necessary for development of these sequelae likely varies among individuals. In addition, there is an increased risk of mortality if patients with cardiovascular risks and an apnea hypopnea index greater than 30 events per hour are not treated (the apnea hypopnea index [AHI] is the number of apneas and hypopneas per hour of sleep) [2]. (See "Sleep related breathing disorders in adults: Definitions", section on 'Apnea hypopnea index'.)

The epidemiology, risk factors, pathophysiology, and outcome of OSA in adults are reviewed here. The definition, clinical presentation, diagnosis, and treatment are discussed in detail elsewhere. (See "Clinical presentation and diagnosis of obstructive sleep apnea in adults" and "Management of obstructive sleep apnea in adults".)

**EPIDEMIOLOGY** — It is estimated that 26 percent of adults are at high risk for OSA [3]. The prevalence of OSA in the general population is approximately 20 percent if defined as an apnea hypopnea index (AHI) greater than five events per hour (the AHI is the number of apneas and hypopneas per hour of sleep) [3]. In contrast, it is 2 to 9 percent if defined as an AHI greater than five events per hour accompanied by at least one symptom that is known to respond to treatment (eg, daytime sleepiness) [1,4]. This difference suggests that it is common to be asymptomatic and have an AHI greater than five events per hour.

- **Age** — The prevalence of OSA increases from 18 to 45 years of age, with a plateau occurring at 55 to 65 years of age [4]. There is a two- to three-fold higher prevalence among individuals who are 65 years and older, compared to those who are 30 to 64 years old [4].

- Ethnicity and race — OSA is more prevalent in African Americans who are younger than 35 years old, compared to Caucasians of the same age group [5]. This observation is independent of body weight. The prevalence of OSA in Asia is similar to that in the United States, despite having a lower mean body weight. These observations suggest that race may be an important risk factor, possibly related to differences in craniofacial structure.

- Gender — Three to 4 percent of women and 6 to 9 percent of men have OSA, when defined as an AHI greater than five events per hour accompanied by daytime sleepiness or a cardiovascular morbidity (eg, hypertension) [4]. Some of the gender differences may be age-related. Males have a higher AHI during adulthood, although there is little gender difference among adolescents or after the sixth decade [6].

**PATHOPHYSIOLOGY** — Brainstem nuclei coordinate the ventilatory actions of upper airway muscles, chest wall muscles, and the diaphragm [7]. Phasic (ie, inspiratory, expiratory) neural output induces cyclic increases and decreases of ventilatory muscle activation; the result is a series of breaths that comprise the ventilatory rhythm. Whether this rhythm is regular, irregular, or periodic over time is determined by the ventilatory control system.

Upper airway patency is maintained by the bony and cartilaginous structures surrounding the naso- and oropharynx, plus twelve pairs of skeletal muscles. Patients with OSA have a reduced upper airway size due to excess surrounding soft tissue or a highly compliant airway. A reduced airway size, combined with diminished neural output to the upper airway muscles during sleep and at apnea onset, can result in partial or complete upper airway collapse [7]. The results are obstructive and mixed apneas. The tendency of the upper airway to collapse is determined by its critical closing pressure, which is designated as Pcrit [8]. (See "Sleep related breathing disorders in adults: Definitions", section on 'Obstructive apnea' and "Sleep related breathing disorders in adults: Definitions", section on 'Mixed apnea'.)

Apneas recur, at least in part, through a process referred to as "loop gain" [8]. This can be conceptualized as follows. Apneas occur when the respiratory drive is less than the threshold for inspiratory muscle activation and for maintaining upper airway patency during sleep. As apnea progresses, respiratory drive increases until a threshold is passed. Inspiration then occurs. If an overshoot in ventilation drives down carbon dioxide levels, the respiratory drive may fall below the threshold for inspiration to occur. Thus, the next apnea results from overcompensation for the prior apnea.

Individual variations in Pcrit and loop gain may explain why there exists a spectrum of OSA severity, as well as the appearance of central apneas during positive airway pressure titration (ie, complex sleep apnea) [5]. (See "Mechanisms and anatomic sites of upper airway obstruction in obstructive sleep apnea in adults".)

**RISK FACTORS** — Definite risk factors for OSA include obesity, craniofacial abnormalities, and upper airway soft tissue abnormalities. Potential risk factors include heredity, smoking, nasal congestion, and diabetes [9]:

- Obesity is the best documented risk factor for OSA. The prevalence of OSA progressively increases as the body mass index and associated markers (eg, neck circumference, waist-to-hip ratio) increase.

- Craniofacial and upper airway soft tissue abnormalities each increase the likelihood of having or developing OSA. Examples of such abnormalities include an abnormal maxillary or short mandibular size, a wide craniofacial base, tonsillar hypertrophy, and adenoid hypertrophy.

- Adult sleep apnea is a complex disease. It is NOT due to a single mutation or protein action. This conclusion is supported by evidence that only about one-fourth of the prevalence of OSA or an elevated apnea hypopnea index (AHI) has a genetic basis. In addition, the inheritance of obesity and craniofacial abnormalities explains only a fraction of the two- to four-fold increased likelihood of OSA or an elevated AHI among the family members of patients with OSA. Familial clustering of OSA does not warrant testing asymptomatic family members.

- Current smokers (but not past smokers) are nearly three times more likely to have OSA than never smokers.

- Nasal congestion confers an approximately two-fold increase in the prevalence of OSA compared to controls, regardless of the cause of nasal congestion [8-10]. This is probably related to increased resistance due to decreased nasal patency.

It is important to recognize that while these factors may be associated with OSA, their elimination is not necessarily curative of OSA. As examples, weight loss or correction of a craniofacial abnormality may resolve OSA, but smoking cessation and management of nasal congestion or septal deviation have not been shown to have a high yield as primary therapy.

**CLINICAL MANIFESTATIONS** — Snoring and daytime sleepiness are the most common presenting complaints of OSA. Additional symptoms and signs include restless sleep, periods of silence terminated by loud snoring, poor concentration, nocturnal angina, and awakening with a sensation of choking, gasping, or smothering (table 1). The clinical manifestations of OSA are discussed elsewhere. (See "Clinical presentation and diagnosis of obstructive sleep apnea in adults".)

**DIAGNOSIS** — Polysomnography is the first-line diagnostic study when OSA is suspected [1]. However, portable monitoring is an acceptable alternative for some patients who are suspected of having OSA (figure 1). Diagnosis of OSA is discussed separately. (See "Clinical presentation and diagnosis of obstructive sleep apnea in adults".)

**DISEASE SPECTRUM** — Healthy individuals may experience periods of absent or decreased respiration at sleep onset or during rapid eye movement (REM) sleep. This generally lasts less than 10 seconds and is not repetitive. Occasionally, an isolated apnea lasting up to 30 seconds may occur during REM sleep [7]. Such episodes are infrequently accompanied by hypoxemia or followed by arousals or sleep-state changes. There are no known clinical sequelae.

Snoring is common and its frequency increases with age [9]. Patients who snore are seven times more likely than non-snorers to develop OSA if they snore loudly on a regular basis. The pathophysiology, consequences, evaluation, and treatment of snoring are reviewed separately. (See "Overview of snoring in adults" and "Treatment of adults with snoring".)

Some patients who are diagnosed with OSA have an AHI greater than 15 events per hour, but do not exhibit excessive sleepiness and do not have sleep-related comorbidities (figure 1). Such patients may have an increased risk of developing hypertension [9]. In contrast,

other patients who are diagnosed with OSA exhibit excessive sleepiness and/or have sleep-related comorbidities (figure 1). Such patients are classified as having mild, moderate, or severe disease [6].

**Mild** — Patients who should be classified as having mild OSA are those who have an AHI between 5 and 15 respiratory events per hour of sleep. Such patients typically have passive or sedentary daytime sleepiness, which refers to sleepiness that becomes noticeable once the patient is sedentary and unstimulated. The daytime sleepiness often does not impair daily function and may be unapparent to the patient, although it may be recognized by family members. Alternatively, the daytime sleepiness may become apparent to the patient only after it improves due to weight loss, alcohol abstinence, or treatment of OSA. The sleep stages and slow wave sleep are generally preserved in mild OSA and systemic hypertension, cor pulmonale, and polycythemia are generally absent. Approximately 30 percent of patients with mild OSA will tolerate and respond to treatment, compared to placebo. Specifically, positive airway pressure therapy will reduce daytime sleepiness and blood pressure [11].

**Moderate** — Patients who should be classified as having moderate OSA are those who have an AHI between 15 and 30 respiratory events per hour of sleep. Such patients are typically aware of their daytime sleepiness and take steps to avoid falling asleep at inappropriate times (eg, taking a nap or avoiding driving). They are able to continue their daily activities, but at reduced levels, and they may have an increased incidence of motor vehicle violations or accidents. Systemic hypertension may exist, but daytime signs or symptoms of cor pulmonale are usually absent. Sleep fragmentation is observed in moderate OSA, but the progression of sleep stages is better conserved than with severe disease. Patients with moderate OSA usually respond to positive airway pressure therapy with an improvement in the daytime sleepiness, quality of life, and blood pressure.

**Severe** — Patients who should be classified as having severe OSA are those who have an AHI greater than 30 respiratory events per hour of sleep and/or an oxyhemoglobin saturation below 90 percent for more than 20 percent of the total sleep time. Such patients typically have disabling daytime sleepiness that interferes with normal daily activities. They tend to fall asleep during the day (often in a sitting posture) and are at risk for accidental injury. In addition, there are signs of cardiopulmonary failure, nocturnal angina, polycythemia, or cor pulmonale. Patients with severe OSA benefit from prompt therapeutic intervention [11]. Treatment will improve daytime sleepiness, hypertension, and, possibly, other hypoxemia-related abnormalities, such as polycythemia and cor pulmonale.

**TREATMENT** — There are numerous interventions that may be of benefit. These include behavioral modifications and OSA-specific therapies, such as positive airway pressure, oral appliances, and surgery [6,7]. The treatment of OSA is discussed separately. (See "Management of obstructive sleep apnea in adults".)

**NATURAL HISTORY** — Patients with OSA are at increased risk of adverse clinical outcomes.

- Patients with untreated severe OSA (ie, an apnea hypopnea index greater than 30 events per hour) appear to have a three- to six-fold increased risk of all-cause mortality compared to individuals without OSA [2,10,12]. In contrast, patients with untreated mild OSA may not be at increased risk for mortality compared to individuals without OSA [2,10].

- OSA is associated with systemic hypertension, mild pulmonary hypertension, coronary artery disease, cerebrovascular disease, cardiac arrhythmias, and ischemic stroke [13-15]. Untreated OSA may also be associated with the development of heart failure in men, particularly in those who have an AHI ≥30 events per hour of sleep [14]. (See "Cardiovascular effects of obstructive sleep apnea" and "Sleep related breathing disorders and stroke".)

- OSA induces excessive daytime sleepiness, inattention, and fatigue, which impairs daily function, induces or exacerbates cognitive deficits, and increases the likelihood of errors and accidents [3,16]. Sleepiness due to OSA cannot be distinguished behaviorally from sleepiness associated with sleep deprivation. (See "Definition and consequences of sleep deprivation".)

- Motor vehicle crashes are more common among patients with OSA than without OSA, and may have a greater impact on morbidity and mortality than the cardiovascular complications of OSA [16]. Treatment with CPAP reduces self-reported crashes by 50 to 75 percent [16]. (See "Performance and safety risks of sleep deprivation and sleep disorders".)

- Patients with OSA have a propensity for night-time cardiac death, which differs from patients without OSA [13]. In addition, patients with a combination of obesity, polycythemia, hypoventilation, hypersomnolence, and sleep apnea have high in-hospital mortality from cardiorespiratory failure, pulmonary embolism, and renal failure.

- Patients with OSA are also at greater risk for perioperative complications due to intubation difficulty or impaired arousal from sedatives [17].

- OSA is associated with diabetes or insulin resistance, although this may be due, in part, to risk factors common to both conditions [9].

- Patients with OSA use more medical resources, and have greater medical disability than individuals without OSA [9,10,12,13,18,19].

**INFORMATION FOR PATIENTS** — Educational materials on this topic are available for patients. We encourage you to print or e-mail this topic review, or to refer patients to our public web site, www.uptodate.com/patients, which includes this and other topics. (See "Patient information: Sleep apnea in adults".)

## SUMMARY AND RECOMMENDATIONS

- Cardinal features of obstructive sleep apnea (OSA) include irregular and abnormal respiratory patterns during sleep (eg, obstructive apneas, hypopneas, respiratory effort related arousals), daytime symptoms attributable to disrupted sleep (eg, sleepiness, fatigue, poor concentration), and signs of disturbed sleep (eg, snoring, restlessness, resuscitative snorts). (See 'Introduction' above.)

- The prevalence of OSA in the general adult population is approximately 20 percent if it is defined as an apnea hypopnea index greater than five events per hour (the apnea hypopnea index [AHI] is the number of apneas and hypopneas per hour of sleep). In contrast, the prevalence is only 2 to 9 percent if it is defined as an AHI greater than

five events per hour, accompanied by at least one symptom or sign of OSA. (See 'Epidemiology' above.)

- Definite risk factors for OSA include obesity, craniofacial abnormalities, or upper airway soft tissue abnormalities. Potential risk factors include loud snoring, heredity, smoking, nasal congestion, and diabetes. (See 'Risk factors' above.)

- Snoring and daytime sleepiness are common manifestations of OSA. Additional symptoms and signs include restless sleep, periods of silence terminated by loud snorts or snoring, nocturnal angina, poor concentration, and awakening with a sensation of choking, gasping, or smothering (table 1). The physical exam can be normal, although obesity, elevated blood pressure, a narrow airway, and a large neck circumference are common. Clinical manifestations of OSA are discussed elsewhere. (See "Clinical presentation and diagnosis of obstructive sleep apnea in adults".)

- Polysomnography is the preferred diagnostic study when OSA is suspected (figure 1). The diagnosis of OSA is discussed elsewhere. (See "Clinical presentation and diagnosis of obstructive sleep apnea in adults".)

- There are numerous interventions that may benefit patients with OSA. These include behavior modifications and OSA-specific therapies (eg, positive airway pressure, oral appliances, and surgery). The treatment of OSA is discussed elsewhere. (See "Management of obstructive sleep apnea in adults".)

- Sequelae of OSA include mishaps due to excessive daytime sleepiness, inattention, or fatigue, as well as systemic hypertension, mild pulmonary hypertension, and cardiovascular morbidities. Patients with severe OSA (ie, AHI >30 events per hour) appear to be at increased risk for all-cause mortality. (See 'Natural history' above.)

Use of UpToDate is subject to the Subscription and License Agreement.

## REFERENCES

1. Epstein, LJ, Kristo, D, Strollo PJ, Jr, et al. Clinical guideline for the evaluation, management and long-term care of obstructive sleep apnea in adults. J Clin Sleep Med 2009; 5:263.

2. Punjabi, NM, Caffo, BS, Goodwin, JL, et al. Sleep-disordered breathing and mortality: a prospective cohort study. PLoS Med 2009; 6:e1000132.

3. Punjabi, NM. The epidemiology of adult obstructive sleep apnea. Proc Am Thorac Soc 2008; 5:136.

4. Jennum, P, Riha, RL. Epidemiology of sleep apnoea/hypopnoea syndrome and sleep-disordered breathing. Eur Respir J 2009; 33:907.

5. Wellman, A, Jordan, AS, Malhotra, A, et al. Ventilatory control and airway anatomy in obstructive sleep apnea. Am J Respir Crit Care Med 2004; 170:1225.

6. Flemons, WW. Clinical practice. Obstructive sleep apnea. N Engl J Med 2002; 347:498.

7. Strohl, KP, Cherniack, NS, Gothe, B. Physiologic basis of therapy for sleep apnea. Am Rev Respir Dis 1986; 134:791.

8. White, DP. Pathogenesis of obstructive and central sleep apnea. Am J Respir Crit Care Med 2005; 172:1363.

9. Young, T, Skatrud, J, Peppard, PE. Risk factors for obstructive sleep apnea in adults. JAMA 2004; 291:2013.

10. Marshall, NS, Wong, KK, Liu, PY, et al. Sleep apnea as an independent risk factor for all -cause mortality: the Busselton Health Study. Sleep 2008; 31:1079.

11. Giles, TL, Lasserson, TJ, Smith, BH, et al. Continuous positive airways pressure for obstructive sleep apnoea in adults. Cochrane Database Syst Rev 2006; 3:CD001106.

12. Young, T, Finn, L, Peppard, PE, et al. Sleep disordered breathing and mortality: eighteen-year follow-up of the Wisconsin sleep cohort. Sleep 2008; 31:1071.

13. Somers, VK, White, DP, Amin, R, et al. Sleep apnea and cardiovascular disease: an American Heart Association/american College Of Cardiology Foundation Scientific Statement from the American Heart Association Council for High Blood Pressure Research Professional Education Committee, Council on Clinical Cardiology, Stroke Council, and Council On Cardiovascular Nursing. In collaboration with the National Heart, Lung, and Blood Institute National Center on Sleep Disorders Research (National Institutes of Health). Circulation 2008; 118:1080.

14. Gottlieb, DJ, Yenokyan, G, Newman, AB, et al. Prospective study of obstructive sleep apnea and incident coronary heart disease and heart failure: the sleep heart health study. Circulation 2010; 122:352.

15. Redline, S, Yenokyan, G, Gottlieb, DJ, et al. Obstructive sleep apnea-hypopnea and incident stroke: the sleep heart health study. Am J Respir Crit Care Med 2010; 182:269.

16. George, CF. Sleep apnea, alertness, and motor vehicle crashes. Am J Respir Crit Care Med 2007; 176:954.

17. Mickelson, SA. Preoperative and postoperative management of obstructive sleep apnea patients. Otolaryngol Clin North Am 2007; 40:877.

18. Valham, F, Mooe, T, Rabben, T, et al. Increased risk of stroke in patients with coronary artery disease and sleep apnea: a 10-year follow-up. Circulation 2008; 118:955.

19. Yaggi, HK, Concato, J, Kernan, WN, et al. Obstructive sleep apnea as a risk factor for stroke and death. N Engl J Med 2005; 353:2034.

© 2011 UpToDate, Inc. All rights reserved.    |    Subscription and License Agreement    |    Support Tag: [ecapp1003p.utd.com-98.239.149.85-5523EA8930-6.14-5911937]
Licensed to: **UpToDate Individual Web - Joseph Renn, III**

# INDEX

**< Dates >**
**April 26** 24:2
**April 26, 2010** 16:4, 16:10, 18:15, 18:23, 19:16, 19:17, 19:20, 21:17
**August 2011** 32:31
**December 15, 2003** 23:25
**February 12, 2011** 15:5
**February 2015** 9:14
**January 2003** 3:23
**July 6** 24:12
**July 6, 2010** 16:10, 17:2, 18:16, 18:24, 19:17, 19:19, 19:22, 21:4, 21:18
**May 16, 2002** 23:24
**$500** 30:1
**'59** 24:5, 24:8, 24:13
**'62** 24:14
**'67.** 24:14
**'88** 24:5, 24:8, 24:13

**< 1 >**
**1** 5:12, 19:10
**1.** 19:9
**1/0.** 19:22
**1/1** 21:7
**1/1.** 19:24
**12** 24:15
**12.9** 17:6, 17:7, 17:9
**14.6.** 17:5
**15** 24:17
**16th** 32:31
**19** 30:9
**1959** 24:3
**1980** 9:5
**1981** 7:23, 20:15
**1988.** 24:1, 24:4
**1997.** 17:15
**1998.** 23:25
**1:35** 31:16

**< 2 >**
**2** 5:12, 31:9
**2.** 31:5
**20** 18:17, 24:22
**2000** 9:6
**2001.** 10:10
**2003** 3:15

**2010** 24:2, 24:12
**22** 24:4, 24:6, 24:11
**25** 3:21
**26541** 2:12
**29** 24:5, 24:8

**< 3 >**
**32** 29:6
**33** 3:17

**< 4 >**
**4** 28:1
**40** 3:13
**439** 2:12

**< 5 >**
**50.5** 18:18
**51.** 18:24
**56** 16:14

**< 6 >**
**63** 17:2
**67.8** 18:24

**< 7 >**
**70** 17:10, 18:3
**71** 18:18
**73.8** 17:20
**76.5** 17:23

**< 8 >**
**82.7** 18:2

**< A >**
**abdominal** 4:22
**ability** 10:21, 32:17
**abnormal** 11:2
**accordingly** 8:13
**accurate** 11:12
**accurately** 11:1, 11:2, 13:10
**across** 7:25
**Act** 14:7
**action** 32:27

**active** 3:22
**add** 9:23, 24:21, 27:13
**addition** 15:1
**address** 2:11
**adjust** 17:7, 17:8
**adjustment** 17:4
**admitted** 15:9
**adults** 29:16
**advantage** 13:1
**adverse** 26:5
**Advocacy** 14:17
**affect** 16:24, 23:8, 23:14
**affected** 23:4, 25:13
**affects** 24:24
**affixed** 32:31
**afford** 5:11
**age** 24:16, 24:18, 24:22
**agencies** 14:16
**agency** 14:11, 14:19
**aggravated** 22:5, 29:5
**agree** 13:19, 13:22, 13:25
**air** 23:13, 24:22
**aircraft** 4:12
**airway** 23:18
**airways** 23:12
**Alexander** 19:18, 19:20, 19:25, 20:16
**alleged** 3:5
**allow** 25:9, 27:3
**almost** 3:13, 4:15, 8:24, 30:14
**alterations** 10:22
**altogether** 20:20
**alveolar** 16:21, 16:22, 24:22
**American** 6:18, 6:20, 6:22, 8:4, 8:18, 17:3, 17:14
**analog** 8:25
**analyze** 12:4
**anatomy** 11:1
**animosity** 14:3
**anyway** 21:15
**apnea** 25:25, 26:1, 26:4, 26:18, 26:22, 27:1, 27:11, 28:19, 29:16, 31:2
**Apparently** 19:25
**appear** 20:11, 27:1, 29:22
**appearance** 20:23
**appeared** 17:14
**applicable** 26:9, 26:25
**approach** 11:10
**approximately** 24:4

**I N D E X**

apropos 10:7
area 3:19, 3:20
arrhythmia 26:11
arrived 24:11
arterial 12:12
article 17:11, 19:3, 26:21, 30:8, 30:9, 31:1
articles 29:23, 30:16, 30:19
asbestos 17:12, 21:12
aspect 13:9
asthma 22:25, 27:22, 28:8, 28:11
Asthmatic 27:21, 27:23, 27:25, 28:3, 28:7
Atomic 14:21
atrophy 26:18
attach 19:5
attached 26:21, 29:17
Attorney 12:16, 14:14
author 30:20
authors 17:13, 30:18
available 12:5, 12:10
aware 13:4

< B >
band 21:11
based 15:19, 29:8, 29:13
basic 15:14
become 8:2
began 24:16
behalf 14:22
believe 15:15, 16:13, 26:21, 27:6
believes 12:14, 19:25, 20:2, 21:7, 21:10
better 9:25, 13:1
bilateral 20:4
Black 13:14, 14:7, 14:23
blood 4:21, 12:12, 18:15, 26:6, 26:10
Board 7:14, 7:15, 14:14, 14:15
boarded 2:16
boards 2:14
body 26:15
book 10:8, 10:20, 11:7
Boston 11:24
bottom 28:1
brain 26:17
break 8:15
breathe 4:13
bring 30:11

broncho- 23:17
bronchoreversible 15:25
bronchospasm 23:1, 23:3, 23:6, 23:11, 23:16, 25:11, 25:12, 27:8, 28:10
bronchospastic 22:24, 27:25, 28:3
Buckeye 2:12

< C >
calculated 24:6
called 6:4, 7:2, 10:8, 12:3, 13:12, 20:7
calls 21:11
capable 10:25
capacity 16:5, 16:21, 16:22, 16:25, 17:1, 17:9, 17:18, 18:1, 18:2
carbon 18:21, 18:23, 25:21, 27:10
cardiac 26:11
cardiograms 26:12
career 4:15
caring 3:12
cart 4:9
cases 2:25, 3:6, 12:25, 14:20
category 17:23
cause 23:15, 23:17, 24:25, 25:6, 25:10, 27:15
caused 22:4, 29:5
causes 22:19
causing 4:20
cerebral 26:18
cerebrovascular 26:6
certain 7:10, 27:18
certainly 11:4
certainty 22:16, 27:14
certification 7:22, 9:13
certified 7:12, 7:14, 7:15
certify 32:9, 32:20, 32:25
chance 15:2, 19:5
characterize 10:21
characterizing 11:2
check 30:23
checked 21:8
Chest 6:23, 6:24, 8:9, 8:16, 9:21, 10:1, 10:3, 10:6, 10:20
chronic 22:23
cigarette 22:13

cigarettes 24:3, 24:9, 24:10
Cincinnati 10:16
citations 30:23
claim 13:14, 15:13
claimants 14:22
claims 14:4, 14:23, 14:24
classes 5:21
Classification 8:17, 9:5, 10:17
classify 8:13
clear 4:25, 28:16
clearly 16:14
click 30:10
Clinic 5:8, 5:9
clinical 12:6
clinician 10:25
close 26:2
CME 7:10, 7:11
College 6:22, 6:23, 8:5, 8:18
Comp 14:23
Company 7:4
compatriots 19:4
Compensation 14:4, 14:8, 14:15, 14:20
complete 29:21
completed 9:20
completely 26:16, 30:5
component 22:24, 27:21, 27:23, 27:25, 28:7
computerized 7:3
concluded 31:16
conclusions 15:12
conducted 5:5
confused 28:12
confusion 28:14
coniosis 13:20, 16:17, 21:18, 21:20
connection 9:16
consideration 13:17
considered 9:9
considering 13:14
consistent 21:12, 21:14
constellation 27:13
constitute 22:6
constitutes 32:15
consultation 5:16, 9:18, 12:20
consultative 3:25
continue 24:21
continuing 7:4, 11:23
contractions 26:13
contribute 23:3

# I N D E X

contributing 27:4
Conventional 11:16
COPD 22:4, 22:12, 22:25, 25:6, 25:10, 27:21, 27:24
copy 19:4, 31:1
Core 2:12
corrected 16:21, 16:22
correcting 18:2
correlation 11:3
costs 29:25
counsel 32:21, 32:26
course 3:17, 9:21
courses 11:23
Court 19:7, 23:11, 31:5, 32:7, 32:40
covered 27:6
Criteria 16:13
Critical 4:2, 4:20, 4:24, 4:25, 6:19
critically-ill 4:18
CT 9:1, 9:22, 9:24, 10:6, 10:8, 10:24, 11:12, 11:16, 11:20, 12:1, 12:10
current 9:12
curriculum 15:10
CWP 17:20, 17:25, 19:12, 25:18


< D >
daily 24:3, 24:11
dated 15:5
DAWN 32:7, 32:39
dealing 2:24, 3:4, 6:8
deceased 10:18
decided 5:25
declined 3:19, 3:20
decrease 20:24, 21:1
defect 15:25, 16:2
define 13:10, 13:11, 25:20
defined 26:2
definition 13:15
degree 22:16, 29:3
demand 4:12
demonstrated 16:3, 16:5, 16:11, 23:16, 26:16
demonstrating 11:1
Department 5:24, 14:12
depositions 28:15
deputy 30:21
designate 7:6

determine 28:10, 28:11
determining 2:22
detour 25:8
develop 10:17, 24:21
developed 11:16, 11:17
development 24:20
diabetic 6:10
diagnose 11:8
diagnoses 28:7
diagnosing 11:10
diagnosis 22:18, 27:19
diaphragmatic 4:23
difference 21:21, 28:3
differential 22:18
difficulty 8:25
diffusing 16:20, 16:22, 16:25, 17:1, 17:9, 17:17, 18:1, 18:2
digital 8:22
dioxide 18:21, 18:23, 25:21, 27:10
direction 32:15
directly 26:9, 32:27
disabling 13:20, 29:4, 29:10
disadvantage 12:22
discipline 2:21, 7:5, 7:6
discuss 8:21, 9:1
disease 2:25, 3:7, 4:3, 6:17, 8:10, 10:23, 11:8, 20:19, 20:22, 21:25, 22:12, 22:20, 22:23, 24:25, 26:7, 27:5, 27:16, 28:20
disease. 11:10
diseases 2:16, 2:19, 7:7, 7:13, 7:14, 7:17, 8:11, 26:5
disproportionate 16:8, 25:14, 27:9
distinction 22:15
Division 14:21
doctor 2:14
doctors 5:13
Document 16:13
Drinker 4:7
duly 2:4, 32:10
dust 16:16, 17:13, 17:18, 17:24, 22:5, 23:2, 23:4, 23:8, 25:10, 25:13, 25:16, 27:4, 27:15, 29:6, 29:9
duties 15:1

< E >
early 24:19
easy 31:7
edited 10:9
edition 10:8, 10:11, 10:12, 10:13
editor 30:21
editors 30:18, 30:20
education 7:5, 11:23
effect 24:19, 29:10, 29:12
effectively 16:23
effects 26:22, 27:11
egress 23:13
element 22:24, 22:25
eliminates 16:23
employee 32:26
encountered 26:3
Energy 14:21
engaged 2:13, 5:2
entire 4:15
enumerating 25:9
environmental 3:2
especially 10:5, 13:2, 14:20
essentially 30:14
evaluate 8:8, 8:15, 12:9, 12:11
evaluation 9:18, 9:25
evaluations 9:16, 12:7, 14:10
evidence 15:8, 17:20, 17:22, 17:25, 18:6, 19:12, 21:14, 27:17, 28:9
examine 12:23
examined 2:5
examiner 2:17, 7:18
exceeds 11:4
excellent 11:4
Excuse 11:15
Exhibit 19:5, 19:9, 19:10, 31:5, 31:9
expect 15:9
explain 15:12
explores 2:22
exposed 17:13, 17:18, 17:21, 17:24, 18:5, 29:6
exposure 3:5, 16:16, 21:12, 22:5, 23:4, 25:13, 25:16
exposures 3:1, 3:2
extensive 23:21
extent 11:7
extra 11:19

# I N D E X

**< F >**
factor 18:10, 18:11, 18:12, 18:20, 23:6, 26:3, 27:3, 27:5
factors 15:19, 15:22, 15:23, 18:7, 19:1, 25:9, 27:6, 27:12, 29:8
failure 21:9, 26:7
Federal 13:13, 14:7, 14:23
feel 12:22
fellow 6:23
fellowship 4:3, 9:19
Felson 10:14, 10:15, 10:19
FEV1 16:6
FEV1/FVC 16:12
fifth 18:20
file 14:4
fill 8:16
film 8:25, 20:5
films 8:22, 9:5, 9:7
findings 11:2, 11:3, 11:4
fingertips 30:13
five 11:9, 19:1, 24:14
flat 4:8
flows 16:9, 16:18, 25:15, 27:9
folks 30:23
following 5:18
follows 2:5
forced 16:5
foregoing 32:11
Forensic 2:17, 2:20, 2:21, 7:17, 7:18
form 8:17
forward 11:6
fourth 18:11, 18:12
fractured 21:10
frequently 30:2, 30:3
full 2:9, 18:17
function 4:23, 12:10, 16:4
FVC 16:9

**< G >**
gases 12:12, 18:15
General 6:4, 6:5, 6:6, 14:14
germane 30:12
gets 31:7
give 19:7, 27:14, 31:4
given 32:16
glean 23:20
golly 4:1, 30:17
government 14:16, 14:19

governmental 14:10
grading 7:9
graph 12:11
greater 27:14
grew 4:6, 4:14
gross 11:1, 11:7
Group 14:17
grows 24:24
growth 24:23, 24:24

**< H >**
half 24:3, 24:9, 24:12
hand 10:24, 32:30
happen 18:25, 20:9, 25:18
healthcare 5:11
Healthright 5:8
hear 9:2
heart 21:9, 26:7
help 13:10
helping 10:16
hemiparesis 26:15
hemoglobin 17:4, 17:5, 17:6, 17:7, 17:9, 18:3
hereby 32:8
herein 2:4, 32:12
hereunto 32:30
high-altitude 4:13
High-resolution 9:1, 10:6, 10:8, 10:24
history 23:20, 23:23, 24:16, 25:5, 25:9, 28:22
hold 14:6
Hopkins 7:2, 29:19
hospital 12:21
hospitalizations 12:8
hours 7:9, 8:14
HR-CT 11:3, 11:8, 11:9, 11:17, 11:22, 11:23
hydrogen 3:5
Hypercarbia 25:17, 25:20, 25:22, 26:8
hypertension 26:6, 26:11
hypo- 26:7

**< I >**
idea 28:8
identification. 19:10, 31:9
III 2:3, 2:10, 32:9

ILO 8:16, 9:4, 9:5, 9:6, 10:17
impairment 29:1, 29:5, 29:11
imply 28:7
important 9:17
impression 22:8, 27:20, 28:6
improvement 18:13
inability 26:15
inconsistent 16:19
increased 18:17, 18:18
indicating 25:15
indicative 21:8
indigent 5:10
indirectly 32:27
individual 9:18, 12:23, 13:2, 13:3, 13:8, 22:20, 24:24
individuals 3:21, 4:5, 5:10, 9:16, 13:8, 14:3
Industrial 17:15
inert 23:2, 23:15
inquiry 22:1
inspection 32:20
instance 3:4, 6:8, 30:8
instruction 5:22
instrumental 10:16
insurance 5:11
intensive 4:17
intensivist 4:4, 4:17
interested 32:27
interfere 4:23
Internal 2:15, 7:15, 7:17
internationally-available 29:20
interpretation 11:20, 12:1, 20:8
interpretations 12:9
interpreted 19:18, 19:19, 21:4, 21:16, 21:18
interstitial 21:9
introduction 10:20
involved 8:10
irregular 21:6
ischemia 26:17
ischemic 26:7
issue 4:20

**< J >**
J. 2:3, 32:9
January 3:15
job 29:2
John 2:10
Johns 7:1, 29:19

jointly 8:4
JOSEPH 2:3, 2:10, 32:9
Journal 6:20, 6:22, 6:24, 17:14, 29:22

**< K >**
keep 6:15
keeps 6:6
Kerley 21:7
kind 20:17, 21:15, 23:19, 23:21, 25:6, 26:21, 28:1
KL 21:8
known 4:14, 5:8, 5:13, 6:24, 7:19, 25:18, 25:25, 26:19

**< L >**
L. 15:3
Labor 14:13
late 19:16
latent 13:23
later 18:16, 20:12, 24:25, 25:3
leading 26:8
learn 5:18, 11:20
least 3:17, 6:5, 24:16
left 26:15
legal 13:15, 13:19, 22:2, 22:6, 22:9, 23:5, 25:19
less 18:16, 20:12
level 3:22, 29:4, 29:10
licensed 3:8, 3:10
life 25:1
limit 17:17, 17:22, 18:1
limited 10:21
lines 21:7
listed 26:5
literature 6:12
little 4:9, 25:8, 28:16
located 7:24
long 7:22, 9:12, 20:14
longer 3:12
Look 13:12, 18:14, 21:24, 28:1, 30:7
looks 28:23
loss 4:21
low 16:11
lower 17:17, 17:22, 18:1, 20:3, 20:12
Lung 2:18, 2:25, 3:7, 4:22, 6:17,
7:7, 8:11, 10:9, 10:21, 10:23, 11:1, 11:8, 11:10, 13:14, 14:7, 14:23, 19:22, 19:23, 20:3, 20:4, 20:12, 21:6, 21:24, 22:12, 22:20, 27:5, 27:16
lungs 23:13, 24:17, 24:20, 24:21

**< M >**
malpractice 3:6
maneuver 16:9
mark 19:8
marked 19:10, 31:9
massive 4:21
material 12:6
materials 12:4
means 24:17
mechanic 28:23, 29:2
medically-trained 13:7
Medicine 2:15, 2:16, 2:17, 2:20, 2:21, 3:9, 3:10, 4:2, 4:24, 4:25, 5:1, 5:14, 5:23, 5:25, 6:4, 6:6, 6:19, 7:16, 7:17, 7:18, 11:18, 17:15, 30:15
medicolegal 2:23
mentioned 19:3
mentor 9:19
mercury 18:17
Meyer 21:16
mid 19:21, 20:4
middle 8:15, 28:2
Miller 11:6
millimeters 18:17
mine 16:16, 17:18, 17:24, 22:5, 23:2, 23:4, 23:8, 23:14, 25:10, 25:13, 25:16, 27:4, 27:15, 29:6, 29:9
miners 3:16, 3:17, 3:23, 17:12
mining 3:19, 3:20
minutes 8:16
Mitchell 15:3, 15:12, 17:17, 18:8, 19:11, 21:3, 21:14, 21:24, 22:21, 23:21, 26:10, 26:20, 26:23, 27:1, 27:15
monthly 7:8
morbidly 26:2
Morch 4:8
Morgantown 5:9, 7:24
morning 19:16
morphology 10:21, 10:23

mostly 6:18
MRI 26:16
Muller 10:9

**< N >**
Naidich 10:9
named 30:19
nationally-available 29:20
Navy 4:11
necessary 4:4, 11:19
negative 19:13
new 24:21
NIOSH 7:19, 7:24, 8:5, 16:13
No. 3:1, 3:13, 11:15, 13:17, 14:5, 19:9, 19:10, 31:9
Nonaka 17:14
None 14:5
normal 16:20, 16:22
Notary 32:7, 32:40
number 3:21, 6:14, 27:8, 27:10, 30:11

**< O >**
Oakstone 7:3
obese 26:2
Obesity 26:3
obstruction 23:18, 29:3
obstructive 15:25, 16:1, 21:24, 22:12, 22:20, 22:23, 24:25, 25:24, 26:1, 26:4, 26:18, 26:22, 27:5, 27:10, 27:16, 28:19, 29:16, 31:2
obstructs 23:13
obtained 23:23
occasion 13:3
occasions 8:19, 23:24
Occupational 2:18, 2:25, 3:7, 6:17, 7:7, 14:13, 28:22
occur 3:3, 10:23, 16:2, 18:19, 18:22, 20:25
odds 14:7
office 14:14, 32:31
Okay 28:14, 28:15
old 4:7
once 9:8
online 6:25, 30:4, 30:10, 30:15
onset 11:12
opacities 19:21, 19:23, 19:25,

# I N D E X

20:1, 20:11, 20:25, 21:5
opacity 20:24
operate 4:5
operator 28:24, 29:2
opine 21:2, 21:13
opinion 21:22, 22:9, 22:11
opportunity 12:23
order 7:10
others 17:14
outpatient 12:7
overview 29:16
owing 27:24
oxygen 4:13, 18:14

< P >
p.m. 31:16
pack 24:5, 24:6, 24:11, 24:12,
    24:15
package 24:3, 24:9, 24:10
Page 16:14, 28:1, 28:2, 28:17
paralegal 12:16
parenchymal 21:11
part 9:17, 22:18, 29:4
particular 13:8, 18:8, 30:1, 30:4,
    30:8
particularly 24:17, 30:12
parties 32:22
pathologic 11:3
pathological 10:22
pathology 11:7
patient 3:13, 3:14, 9:20
patients 3:12, 4:8, 4:18
pattern 16:7, 16:15, 24:24
peer-reviewed 30:16
Pennsylvania 3:11, 14:15
percent 3:18, 3:21, 17:2, 17:10,
    17:20, 17:23, 18:2, 18:3
performed 17:1
performing 12:20
perfusion 19:22, 19:24, 21:6
person 12:14, 13:5
personal 14:6
pertinent 12:13, 12:14
phase 24:23
physician 30:3
Physicians 6:23, 6:24, 13:1,
    21:23, 29:25
Pickwickian 25:25
pilots 4:13

plain 10:1, 10:3, 11:5
pneumo- 13:19, 16:16, 21:17,
    21:19
pneumoconioses 8:11, 9:2
Pneumoconiosis 8:12, 13:15,
    13:22, 13:25, 14:13, 15:16,
    15:19, 15:24, 16:3, 16:15,
    16:20, 16:24, 17:22, 18:5,
    18:6, 18:8, 18:13, 18:19,
    18:22, 18:25, 19:2, 20:17,
    20:18, 20:25, 21:15, 22:1,
    22:3, 22:6, 22:9, 23:5
pneumonia 4:21, 6:8
polio 4:8
positive 19:14, 21:3, 27:4
possible 11:4, 12:7
post-surgical 4:21
Postgraduate 5:12
practical 8:8
practice 2:18, 3:8, 3:10, 3:16,
    3:18, 6:1, 11:11
practiced 4:1, 4:24, 4:25
practicing 11:11, 11:18
precisely 10:22
predicted 17:2, 17:7, 17:8,
    17:10, 18:3
preface 10:10, 10:12
premature 26:12
prepare 15:5
presence 10:23
present 16:9, 20:13
Presently 9:12
pressure 4:9, 26:6, 26:10
preventing 29:1
primary 4:22
probability 27:18
probably 27:12
problem 4:21, 4:22, 13:10
problems 6:7, 26:19, 26:20
procedure 9:25
process 8:1, 20:19, 21:9
processes 28:20, 28:21
profession 2:13
professional 2:11
program 7:3, 7:5, 7:8
programs 6:14, 6:25
progressive 14:1
proper 5:7
proportionate 16:17
provided 19:16

provides 10:24
Public 32:8, 32:40
Publication 7:4
published 10:10
pulmonary 2:16, 2:18, 4:2, 4:3,
    7:7, 7:12, 7:14, 7:17, 9:19,
    12:10, 12:21, 22:23, 26:6,
    28:25, 29:4, 29:10
pulmonologist 3:25, 4:16, 9:15

< Q >
quality 8:9
question 2:23, 12:21, 20:7, 30:3
questions 5:16, 15:11, 15:14
quit 23:25, 24:1
quite 30:2

< R >
radiograph 8:9, 8:16, 9:21, 10:1,
    10:3
radiographic 17:19, 18:6
radiographs 10:20, 11:5, 12:8,
    12:9
radiological 11:9
radiologist 10:15, 10:25
radiologists 11:21
Radiology 6:16, 8:5
Radiology/niosh 8:19
range 6:7
rapid 20:23
rather 12:9, 20:20
ratio 16:12
raw 17:1
read 10:7, 31:10
reader 7:20, 8:2, 8:3, 9:8, 12:1,
    20:6, 20:14
reading 6:15, 32:20
readings 19:14, 19:15, 20:17
real 31:6
reason 24:6, 25:22, 25:23, 25:24
reasonable 22:16
receive 7:10, 7:11
recent 8:22
recertification 9:10
record 31:13, 32:15
recorded 32:13
records 12:4, 12:17, 12:19,
    12:24, 13:13, 13:18, 15:2,

# I N D E X

15:20, 23:20
reduced 32:14
reduction 16:8, 16:17, 25:14, 27:9
REED 32:7, 32:39
reference 7:1, 30:11, 30:12
referenced 30:6
references 29:21, 30:7, 30:9
regard 13:13
regarding 30:4
regression 20:10
regularly 6:16
relationship 28:18
relative 32:25
remained 3:22
RENN 2:3, 2:10, 2:13, 3:8, 3:24, 7:12, 7:19, 9:8, 9:15, 11:14, 12:3, 12:22, 13:12, 15:1, 32:9
repeated 10:13
report 15:5, 15:8, 19:12, 22:8, 23:21, 26:23, 27:20, 27:24, 29:14, 29:17, 31:7
Reporter 19:8, 31:5, 32:7, 32:40
represent 10:22
request 14:11
required 8:3, 8:15
requires 17:3
research 6:13
researching 6:15
resident 5:14
residents 5:18, 5:20
residual 26:14
respective 32:22
Respiratory 6:19, 29:1
restricted 3:6
result 23:1, 23:5, 26:19
resulted 26:20
results 26:4
retaining 18:20
retention 18:21, 18:23, 25:21, 27:10
retired 3:13, 3:14, 3:22, 3:23, 4:25
reversible 23:18
Review 6:13, 6:18, 9:15, 9:24, 10:19, 12:3, 12:24, 15:2, 28:22, 29:21, 30:5, 30:11
reviewed 9:21, 14:19, 30:2
revolutionized 11:9
ribs 21:10

risk 26:3
RISSE 2:8, 19:7, 31:4, 31:13
Road 2:12, 7:25
Roberto 11:6
role 9:2
roll- 4:8
room 6:9
rotate 6:4
rounded 19:21, 19:23, 21:6
rule 15:18, 18:7, 19:1, 23:4, 25:10, 27:4, 27:13, 29:8, 29:12
ruled 15:23
rules 25:19


< S >
scan 10:6, 12:1
scanning 9:1, 9:22
scans 9:24, 12:10
scientific 17:11
score 7:11
seal 32:31
secondary 20:1
section 30:20
seen 13:2
selected 12:18
seminar 8:4, 8:6, 8:7, 8:19
sense 2:23
sentence 28:4
separate 22:19, 22:22
separated 31:7
sequela 27:1
set 32:30
several 8:19, 11:22, 15:19, 26:4
shall 15:9
shoes 13:5
shouldn't 20:8
show 18:13, 19:21
showed 16:8
shown 26:1, 26:12
side 21:25, 26:15
Signature 31:11, 31:15
significant 16:23
significantly- 15:24
significantly-bronchoreversible 16:1
signing 32:21
silica 17:13, 17:21
similar 30:16

simple 18:22, 19:1, 25:18
single 13:11
six 8:14
six-hour 8:8
size 20:11, 20:24, 21:1
skill 32:17
sleep 25:24, 26:1, 26:4, 26:18, 26:22, 27:1, 27:11, 28:19, 29:16, 31:2
small 19:21, 19:23
small-vessel 26:17
smaller 20:1
Smith 21:4
smoke 24:13, 24:19
smoked 24:2, 24:9
smokers 17:16, 17:19, 17:24
smoking 22:13, 23:1, 23:19, 23:25, 24:1, 24:16, 25:5, 25:8, 25:15, 27:25, 28:18
Society 6:20, 17:3
solely 22:12
someone 30:17
Sometimes 31:7
Sorry 28:14
sort 5:25
spaces 24:22
Speaking 6:11, 10:5
specialist 2:15
specialists 6:1
specific 29:21
specifically 13:13
spend 6:4
spirometry 16:7, 16:10
sponsored 8:4
stand 13:4
standard 9:5, 9:7, 17:4
started 29:19
State 2:9, 32:4, 32:8
stated 32:12
States 16:14, 29:25
staying 6:11
stenographically 32:14
stroke 26:7, 26:14
students 5:3, 5:7, 5:17
studied 4:11, 11:21, 11:22, 17:11
studies 16:10
study 6:18, 6:22, 6:25, 7:8, 16:4
stuff 30:24
sub- 5:25
subject 30:13

# I N D E X

submit 7:9
submitted 15:8
subscription 29:24, 30:1
subsequent 9:9
Subsequently 19:13, 19:15
subspecialists 6:3
subspecialty 6:2
suddenly 20:11
sulfide 3:5
supervise 5:15
supported 4:19
supposedly 24:13
surgery 4:22
susceptible 24:17
suspect 19:13
sworn 32:10
sworn/affirmed 2:4
syndrome 25:25
syndromes 26:5
system 4:19, 9:5, 9:6, 10:17,
    12:1
systemic 26:11


< T >
talked 25:11
talks 29:15
teach 5:19
teaching 5:2, 5:19, 6:3, 6:5
technology 8:23, 8:24
tension 18:14, 18:15
test 7:9, 8:8, 8:13, 8:14, 9:9
testified 2:5, 14:22, 29:9, 29:13
testify 32:10
testimony 31:8, 32:16
tests 12:11
textbook 30:15
textbooks 6:16, 6:17
texts 11:22
they've 13:2
third 10:8, 10:11, 10:13
Thomas 15:3
Thoracic 6:20, 11:21, 17:3
thoroughly 30:6
three 18:7, 18:16, 20:12, 27:10
three-day 8:5
three-dimensional 10:2
three-quarters 24:10
throughout 4:15, 29:25
Till 9:14

timed 8:14
tobacco 17:16, 17:19, 17:24,
    23:1, 23:8, 23:23, 24:19,
    25:15, 27:24
together 13:9
took 8:21, 11:24, 24:10, 25:8
tool 10:25
top 30:19
topic 30:4, 30:5
topics 29:21, 30:2
total 24:4
totally-disabling 28:25
toward 10:5
towards 14:3
tracings 12:11
tractor 28:24, 29:2
training 6:12, 11:20
treat 3:16
treatment 23:20
true 11:16, 32:15
truth 2:5, 32:10, 32:11
trying 14:7
Twenty-nine 24:7
twitching 23:12
Two 6:5, 6:21, 6:25, 27:9, 28:13,
    28:19, 28:21
two-dimensional 10:3
type 2:24, 5:21, 5:23, 12:4, 21:11
types 6:7, 8:11
typewriting 32:14


< U >
understand 12:16, 12:17
unit 4:17
United 29:25
University 5:6, 5:7, 5:24
up-to-date 6:6, 6:11, 6:15
update 8:20
updated 9:3, 9:6, 30:2
updating 9:4
upper 4:22, 19:21, 20:4
Uptodate 7:2, 29:14, 29:15,
    29:18, 29:19
utilized 29:24


< V >
validity 12:12
value 17:7

variation 24:16
various 6:16, 8:20
ventilation 26:8
ventilator 4:7, 4:9, 4:10
ventilators 4:5, 4:6, 4:11, 4:12,
    4:14
ventilatory 15:25, 16:2, 16:4
ventricular 26:13
view 10:2, 10:4, 13:6, 13:11
views 13:4, 13:9, 14:6
Virginia 2:12, 3:11, 5:6, 5:24,
    14:13, 14:14, 32:4, 32:8
vitae 15:10
vital 16:5
volume 16:21, 16:23
volumes 16:8, 16:18, 25:14, 27:9


< W >
waive 31:10, 31:12
waived 32:21
waived. 31:15
Wang 17:13, 19:3
wards 6:5
Washington 14:18
Webb 10:9
weeks 6:21
well-known 10:15
West 2:12, 3:10, 5:6, 5:24, 14:13,
    14:14, 32:4, 32:8
whatever 2:22, 4:19, 13:9
whatsoever 14:5, 23:16, 29:12
whereas 10:3, 20:3, 28:8
whole 32:10
wide 6:6
Wiot 21:18
without 17:21, 18:5
words 5:13, 28:13
work 2:24, 3:24, 3:25
Workers 14:15, 14:17, 14:20,
    14:23, 15:16, 15:18, 15:23,
    16:3, 16:15, 16:16, 16:20,
    16:24, 17:12, 17:21, 18:5,
    18:6, 18:8, 18:13, 18:19,
    18:22, 18:25, 19:2, 20:18,
    22:1
worse 25:2


< X >

# I N D E X

**x-ray** 17:21, 17:25, 19:12, 19:17,
19:18, 19:19, 19:20, 19:23,
21:5, 21:17, 21:19, 21:22
**x-rays** 9:16, 19:13, 21:2


**< Y >**
**Yano** 17:13
**year** 11:9, 30:1


**< Z >**
**zones** 19:22, 19:23, 20:3, 20:4,
20:12, 21:6

LAWRENCE REPSHER, M.D.
CONSULTANT IN ENVIRONMENTAL & OCCUPATIONAL LUNG DISEASES

3555 LUTHERAN PARKWAY #330
WHEAT RIDGE, COLORADO 80033
(303) 467-5882   FAX (303) 467-0234   EMAIL REPSHER@QADAS.COM

July 15, 2010

Richard Risse
White & Risse
2176 Tenbrook Road
Arnold, MO 63010

     RE:   Thomas Mitchell
     VS:   Peabody (Patriot) Coal Co.
     OWCP#:XXX-XX-9192
     ORIC File #: 1112053

Dear Mr. Risse:

Mr. Thomas Mitchell was seen in consultation on 6 July 2010 at the Methodist Hospital in Henderson, KY. My findings and comments are as follows:

At the present time, Mr. Mitchell is a 65 year-old, white man, who worked as a coal miner for 26 years, all above ground, from 1978 until March 2005. His last job was for the Patriot Coal Co. as a mechanic for 2 years. He feels that he actually had 32 years of coal mining, because he worked for 6 years reclaiming previously mined coal for synthetic fuel. He retired, because the mine closed. Subsequently, he has not returned to any other work. Prior to working as a coal miner, he worked as a machine operator for Central Industries from 1964-1967 and for Imperial Plastics from 1967 until 1968. He then worked as a mechanic for General Tire from 1968 until 1970. He served in the Army from 1962 until 1964, being discharged as an E3.

His PCP is Gregory Fletcher, M.D. of Booneville, IN. He has no regular PUD. His cardiologist is Dr. Hemlich, who has recently retired. He has been treated recently by orthopedic surgeons, Drs. O'Neil and Perry, for a fractured right ankle in December 2009 and a severely hyperextended right elbow, requiring removal of bone chips twice, but still causing him significant pain. He has been evaluated for the DOL by Dr. Houser on 26 April 2010.

He complains of progressive dyspnea on exertion for the past 20 years, as well as a nonproductive cough. He denies having any chills, fevers, or sweats. His weight has been stable at 260 to 270 pounds. He denies having any chest pain or hemoptysis, but does admit to ankle edema for the last 3-4 years, requiring diuretics. He sleeps on 1 or 2 pillows, but never in a chair and denies having PND (paroxysmal nocturnal dyspnea). He has had

Case: 15-2038     Document: 9     Filed: 08/05/2015     Pages: 98

hypertension of unknown cause, requiring treatment for the past 4 years, but denies having asthma or atopy. He does have symptoms of GERD (gastroesophageal reflux disease) and is scheduled for a PSNG (polysomnogram) this month. He denies any symptoms of PVD (peripheral vascular disease), but does admit to TIAs (transient ischemic attacks). There is no history of tuberculosis. His last TB skin test was earlier this year.

Smokes: Up to 1/2 pack per day, from age 16 until 1988, but he did not smoke at all between age 18 and 23.

Allergies: None.

Current medications include: Avodart 5 q.d., baclofen 20 q.d., Aggrenox 325 b.i.d., Altace 20 q.d., Lipitor 20 q.d., ASA 81 q.d., and Flomax 0.4 q.d.

Family history: His father died in an accident at age 50. His mother died of old age at 81. A brother died of diabetes and cancer. Two sisters have diabetes mellitus.

Social history: He is married with three children, the youngest age 41. He has completed high school.

Past medical history:

March 1998 - Injured lower back.

November 2003 - Right knee replacement.

January 2009 - Fracture of right wrist.

December 2009 - Fracture of right ankle.

RECEIVED

AUG - 9

UNITED GOV'T DCMWC
COLUMBUS, OHIO

            - Left CVA, with transient left hemiparesis and speech difficulty.

26 April 2010 - Documented to have Pickwickian Syndrome by Dr. Houser.

Physical examination reveals a well-developed, morbidly obese, white man, appearing about his chronologic age. He is alert, oriented, and in no apparent distress at rest, but becomes quite dyspneic with just minimal exertion. Vital signs: Normal, including a blood pressure of 130/70. Height: 70 inches. Weight: 273 pounds. BMI is 39.3. Skin and nodes: Negative. HEENT: Negative. Neck: There are no bruits. Chest: The breath sounds are diminished bilaterally. The expiratory phase is not prolonged. There are no rales, rhonchi, or wheezes, even with forced expiration. Heart: PMI is in the left anterior precordium. There is no gallop or murmur. Abdomen: Morbidly obese. Extremities: No clubbing or phlebitis, but he has 4+ pitting edema bilaterally to the knees, but with no trophic changes of the skin. The peripheral pulses are not palpated, due to his severe lower extremity edema.

Laboratory data:  Chest x-ray shows no evidence of coal workers pneumoconiosis (CWP). Specifically, I have rated this x-ray as 0/0 according to the 2000 I.L.O. Scale.  A copy of my B reading report is appended as Attachment A.

Digital chest x-rays are generally accepted diagnostic techniques, capable of showing the presence or absence of radiographic CWP.  The radiographic tests that were reviewed in this case are of diagnostic quality and are, therefore, reliable for determining the presence or absence of radiographic CWP.

Pulmonary function tests (PFTs) are medically invalid for interpretation due to very poor effort and cooperation with testing procedures as evidenced by the MIPs (maximum inspiratory pressure) and the MEPs (maximal expiratory pressure) and review of the flow volume loops.  Arterial blood gases (ABGs) are consistent with the Pickwickian Syndrome. The carboxyhemoglobin level is normal at 0.9% which, along with the non-detected serum nicotine and cotinine levels, is consistent with his current stated nonsmoking status.

Resting electrocardiogram shows low voltage, consistent with his morbid obesity.  CBC (complete blood count) shows a mild normocytic anemia of 40.  The sed rate, CMP (comprehensive metabolic profile) and BNP (brain natriuretic peptide) are all normal.

Review of prior records is as follows:

26 April 2010 - William Houser, M.D., PUD and non-B reader - COPD (chronic obstructive pulmonary disease) due to former cigarette smoking and to exposure to coal dust arising from coal mine employment.  Has moderately severe impairment.

It is clear that Dr. Houser has entirely ignored his well documented Pickwickian Syndrome and morbid obesity.  Pickwickian Syndrome is characterized by chronic respiratory failure (decreased $pO_2$ and increased $pCO_2$ that is compensated).

Impression:
1.     No evidence of medical or legal coal workers pneumoconiosis.
2.     No evidence of any other pulmonary or respiratory disease or condition, either caused by or aggravated by his employment as a coal miner with exposure to coal mine dust.
3.     COPD, overwhelmingly most likely due to his cigarette smoking habit.
4.     Morbid obesity with BMI of 39.3.
5.     Pickwickian Syndrome.
6.     GERD.
7.     Probable obstructive sleep apnea (OSA), scheduled for PSNG later this month.
8.     Right ventricular congestive heart failure, due to numbers 3, 4 and 7.

Comments and recommendations:  As a result of the above, it is my opinion that Mr. Thomas Mitchell is not now and never has suffered from either medical or legal coal workers pneumoconiosis or any other pulmonary or respiratory disease or condition, either caused by

or aggravated by his employment with the Patriot Coal Co. with the inhalation of coal mine dust. My reasons for these opinions are as follows:

1.  He has no radiographic evidence of CWP. His chest x-ray shows no small rounded opacities primarily in the upper lobes consistent with medical CWP.

2.  He has no histologic evidence of CWP. There are no lung biopsy slides for review.

3.  He has no PFT evidence of CWP. His PFTs are medically invalid for interpretation, due to very poor effort and cooperation with testing and also due to his morbid obesity, but the shape of his flow volume loops suggests clinically significant COPD.

4.  He has no ABG evidence of CWP. His ABGs document Pickwickian Syndrome.

Coal mine dust can potentially, in some people, contribute to the development of COPD. However, cigarette smoking is the most common and powerful cause of COPD and centrilobular emphysema. About 13% of chronic smokers will develop potentially catastrophic COPD. The remaining approximately 87% will continue to have normal pulmonary function or develop only very mild and clinically insignificant COPD. British and NIOSH studies show that COPD/chronic airways obstruction can also be caused by coal mine dust. However, these studies find that the majority of non-smoking and non-asthmatic coal miners with 0/0 - 3/3 simple CWP have, on the average, normal pulmonary function, including a normal diffusing capacity (DLCO) (A,B,C,D,E,&F). Adapting this data to a Gaussian curve would reveal that, to a virtual certainly, some miners would have a clinically significant loss of $FEV_1$. However, the vast majority, like Mr. Mitchell, would have none or only a clinically insignificant loss of $FEV_1$ (J).

Generally speaking, surface miners are less likely to develop CWP than underground miners (NIOSH) Criteria Document; page 62; table 4-8) and miners who worked entirely or mostly after 1970 are less likely to develop CWP than miners who worked prior to 1970. This is because they have been exposed to lower concentrations of coal per cubic meter of air, equal to or less than 2mg per cubic meter, as compared with an average of 4-6mg per cubic meter prior to 1970.

Even if we were to assume that Mr. Mitchell's PFTs were valid, his COPD, to an overwhelming probability, is due to his cigarette smoking, but only to a de minimus amount due to his inhalation of coal mine dust for all the reasons described below.

In this case, review of Mr. Mitchell's history, physical examination, and laboratory testing reveals no evidence that would relate the inhalation of coal mine dust to his developing COPD. Indeed, he has not been exposed to coal mine dust since March 2005. His PFTs and ABGs show the characteristic changes seen in cigarette smoking-induced COPD, but do not show the characteristic changes due to the inhalation of coal mine dust (H&J).



Both the American and European literature have documented that exposure to coal mine dust causes a proportional decrease in $FEV_1$ and FVC (H&I).  Mr. Mitchell's spirometry shows a markedly disproportionate decrease in $FEV_1$ as compared with his decrease in FVC, which is characteristic of cigarette smoking-induced COPD and not seen with legal CWP.

Finally, even assuming that coal mine dust contributed to his presumed COPD, based on the Attfield & Hodous paper (A), he would have been anticipated to have lost only 65cc of $FEV_1$ over 26 years of coal mining, compared with the 960cc of $FEV_1$ due to simply being 32 years older.  The contribution due to the inhalation of coal mine dust would not be clinically significant, compared to the effects of cigarette smoking (83cc/year in a sensitive smoker) and the normal aging process, not to mention the potentially large contribution from his underlying right ventricular congestive heart failure.

These concepts are well-documented in the published medical literature concerning lung disease in coal miners.  I have attached ten representative papers from this literature that I feel are especially relevant.

A.    Attfield MD, Hodous TK.  Pulmonary function of US coal miners related to dust exposure estimates. Am Rev Respir Dis 1992;145:605-609.

Comparison of figures 1 and 3 clearly documents that on the average the effect of coal mine dust on lung function is minor, when compared with the effect of cigarette smoking.  Further, this study was carried out at a time when many of the coal miners had been exposed to markedly much higher levels of coal mine dust than current coal miners.

Further, the 2-3cc loss of $FEV_1$ per year is minor, when compared with the 30cc per year loss from just living another year and the average 83cc per year loss from being a sensitive cigarette smoker.

B.    Lapp NL, Morgan WKC.  Cardio-respiratory function in United States coal workers.  Bull Physiopath Resp 1975;11:527-559.

This  study of over 9,000 U.S.coal miners clearly documents that, on the average, coal miners with 0/0 through 3/3 simple CWP have normal lung function.  This indicates then that an individual miner, to an overwhelming probability, will have normal lung function, assuming that he was not a sensitive smoker or suffering from asthma or some other less common chronic pulmonary disease.

C.   Nemery B, Brasseur L, et al. Impairment of ventilatory function and pulmonary gas exchange in non-smoking miners. The Lancet 1987;1427-1430.

This Belgian study compared a group of non-smoking steel workers with a group of coal miners, five of whom were former smokers. Although there was a statistically significant difference between the two groups in favor of the steel workers, nevertheless, the coal miners had better than normal pulmonary function.

D.   Critique by W.K.C. Morgan of the Nemery article.

Dr. Morgan points out that the Nemery article confirms the findings of article number 2. He also points out that it would be far better to dissuade coal miners from smoking, rather than pushing for further modest decreases in coal mine dust levels, since the effect of cigarette smoke on sensitive smokers is vastly greater than the effect of coal mine dust.

E.   Rom WN, Kanner RE, et al. Respiratory disease in Utah miners. Am Rev Respir Dis 1981;123:372-377.

Another U.S. study demonstrating no discernible effect of coal mine dust on average lung function.

F.   Soutar C, Campbell S, et al. Important deficits of lung function in three modern colliery populations. Am Rev Respir Dis 1993;147:797-803.

This study looked at 1,671 British coal miners, followed from 1961 to 1986. The mean deficit of $FEV_1$ in a group of patients who complained of severe dyspnea was 0.9 liters. This was taken as evidence of a "significant deficit" of $FEV_1$. The authors concede "no attempt was made to determine cause of dyspnea, that is respiratory vs. nonrespiratory, or even respiratory diseases unrelated to coal mining, such as asthma, interstitial lung disease, bronchiectasis, etc. They noted that a "significant deficit in $FEV_1$ was substantially more common in the patients who dropped out between the initial and follow-up studies.

G.   Morgan WKC, Handelsman L, Kibelstis J, et al. Ventilatory capacity and lung volumes of U.S. coal miners. Arch Environ Health 1974;28:182-189.

"may lead to very minor reductions of ventilatory capacity, such reductions are minimal"...and would not be associated with respiratory disability.

H.    NIOSH criteria for recommended standard, occupational exposure to respirable coal mine dust, 1995;53-56.

This documents the proportional decrease in $FEV_1$ and FVC with retained normal $FEV_1/FVC$ ratio in coal miners as opposed to the disproportional decrease in $FEV_1$ and decreased ratio in smokers.

I.    Soutar CH, Hurley JF.  Can exposure to coalmine dust cause a severe impairment of lung function?  Br J Ind Med 1986;43:150-157.

This shows that 14 of the 15 miners, who had a "severe" decrease in $FEV_1$ (0.95L), probably had asthma.

J.    Rennard SI. Chronic obstructive pulmonary disease: definition, clinical manifestations, diagnosis and staging. UpToDate 16.2 27 May 2008.

"With respect to patients, COPD causes physical impairment, debility, reduced quality of life, and death.  It is the fourth-ranked cause of death in the United States, killing more than 100,000 individuals each year.

PFTs are used to diagnose COPD, determine the severity of the airflow obstruction, and follow disease progression.  The most important values measured are the $FEV_1$ and the forced vital capacity (FVC).  The forced expiratory volume in six seconds (FEV6) is sometimes used as an approximation for the FEV [38-41].  An $FEV_1/FVC$ ratio less than 0.70 indicates airway obstruction.

COPD is confirmed when a patient who has symptoms that are compatible with COPD is found to have airflow obstruction ($FEV_1/FVC$ ratio less than 0.70) and there is no alternative explanation for the symptoms and airflow obstruction (eg, bronchiectasis).

The $FEV_1/FVC$ ratio decreases with age.  This can lead to false diagnoses of COPD in some elderly patients.  To avoid such false diagnoses, the lower limit of normal of the $FEV_1/FVC$ has been advocated as an alternative to the $FEV_1/FVC < 0.70$ diagnostic criterion [34,42].  However, these incorrect diagnoses are seldom of clinical consequence since the management of COPD is also guided by symptoms, as well as the severity of airflow obstruction  (See "Management of stable chronic obstructive pulmonary disease".)

The $FEV_1$ and FVC are not the only values derived from PFTs.  Decreased inspiratory capacity and vital capacity, accompanied by increased total lung capacity, functional residual capacity, and residual volume are indicative of hyperinflation.  The single breath carbon monoxide diffusing capacity (DLCO) decreases in proportion to the severity of emphysema..."

9

7/15/10                              Mitchell                              Page 8

5.    He is suffering from a number of other serious and potentially serious diseases and
      conditions, including his morbid obesity and right heart failure.  However, none of
      these could be fairly attributed to his work as a coal miner with exposure to coal mine
      dust.  Rather, these are diseases and conditions of the general population, which are
      primarily related to heredity and lifestyle factors.

If there are any further questions, please do not hesitate to write or call.

Sincerely yours,

Lawrence Repsher, M.D.
LHR/bs


Attachment



BEFORE THE U.S. DEPARTMENT OF LABOR
OFFICE OF DISTRICT DIRECTOR
DIVISION OF COAL MINE WORKERS' COMPENSATION
CINCINNATI, OHIO

CASE NUMBER:  2011-BLA-5133

------------------------------------------------------

IN THE MATTER OF:
THOMAS L. MITCHELL

              vs.

HERITAGE COAL COMPANY
f/k/a PEABODY COAL COMPANY

         and

OLD REPUBLIC INSURANCE COMPANY

         and

DIRECTOR, OWCP/USDOL

------------------------------------------------------

          The deposition of LAWRENCE REPSHER,
     M.D., held at 3555 Lutheran Parkway, Suite 330,
     Wheat Ridge, Colorado, on April 11, 2012, beginning
     at 1:10 p.m., before Susan Bretschneider, Certified
     Shorthand Reporter and Notary Public within and for
     the State of Colorado.

EMPLOYER'S EXHIBIT NO. _8_
consisting of _33_ pages

A P P E A R A N C E S:


For the Respondents via conference call:

RICHARD H. RISSE, ESQ.
WHITE & RISSE
2176 TENBROOK ROAD
ARNOLD, MISSOURI  63010

**AVERY WOODS REPORTING**

455 Sherman Street, Suite 250 • Denver, Colorado 80203
303-825-6119 • 1-800-962-3345 • FAX 303-893-8305
www.averywoods.net

App. 62

Page 2

```
 1                    INDEX OF EXAMINATION

 2

 3

 4

 5                                                    PAGE

 6

 7

 8

 9   EXAMINATION BY MR. RISSE                          3

10

11

12

13                    INDEX OF EXHIBITS

14

15

16   EXHIBIT NUMBER                              MARKED

17

18

19

20

21               NO EXHIBITS MARKED

22

23

24

25
```

LAWRENCE REPSHER, M.D.

Page 3

1                  LAWRENCE REPSHER, M.D.,

2               having been first duly sworn, was

3               examined and testified as follows:

4

5                  MR. RISSEE:  It is now 2:08 p.m., or

6       thereabouts, and we have waited five minutes for

7       someone to join us, and there has been no

8       participation by either Mr. Mitchell or a lay

9       representative or any representative for him.  We

10      are going to take Doctor Repsher's testimony as the

11      notice of deposition was put with more than 30 days

12      notice.

13                          EXAMINATION

14      BY MR. RISSE:

15           Q.     What is your name, sir?

16           A.     Lawrence Harvey Repsher.

17           Q.     What is your profession?

18           A.     I am a physician.

19           Q.     What board certifications do you

20      hold?

21           A.     I am board certified in internal

22      medicine and in pulmonary disease, and I have been

23      board certified in critical care medicine.

24           Q.     And how long have you been a

25      pulmonary specialist?

Page 4

1          A.      Over 40 years.

2          Q.      And are you a Department of Labor

3   approved black lung examiner for the Department of

4   Labor?

5          A.      I have been since the early 1980s.

6          Q.      And where do you do the Department of

7   Labor examinations?

8          A.      At the Methodist Hospital in

9   Henderson, Kentucky.

10         Q.      Do you occasionally examine coal

11  miners at my request?

12         A.      I do.

13         Q.      Did you happen to see a Mr. Thomas

14  Mitchell at the Methodist Hospital in Henderson,

15  Kentucky on July 6, 2010?

16         A.      I did.

17         Q.      And did you do a complete black lung

18  examination on him?

19         A.      I did.  I did an internal -- general

20  internal medicine history and physical and then did

21  a general internal medicine -- well, history and

22  then also did a general internal medicine physical

23  exam.

24         Q.      And did you do a pulmonary function

25  study?

```
1         A.      I did.

2         Q.      Arterial blood gas study?

3         A.      Yes.

4         Q.      Chest x-ray?

5         A.      Yes.

6         Q.      Blood chemistry test?

7         A.      Yes, I did.

8         Q.      Were all the results of those testing

9    available to you when you prepared your July 15,

10   2010 report on your examination of Mr. Thomas

11   Mitchell?

12        A.      Yes, they were available to me.

13        Q.      And we have submitted your July 15

14   report, and we expect that it will be admitted into

15   evidence, and today I would just like to ask you a

16   few questions about your findings and opinions of

17   Mr. Mitchell.

18        A.      Okay.

19        Q.      I see in your report that you found

20   that he was 65 years of age at the time of your

21   examination?

22        A.      Right.

23        Q.      And he gave you a history of working

24   26 years all above ground from 1978 until March

25   2005; is that correct?
```

Page 6

1       A.      That is correct.

2       Q.      And you indicate that he worked for

3   six years reclaiming previously mined coal for

4   synthetic fuel.  Do you know much about that?

5       A.      Actually, I don't.  I assume this was

6   mined coal that was in piles in the area, and he was

7   probably helping move it to someplace where it could

8   be turned into synthetic fuel.

9       Q.      Did he mention working for a place

10  called Carbon Operations of Indiana?

11      A.      Yes.

12      Q.      Do you know what he did for them at

13  that location?

14      A.      That was with the -- the synthetic

15  fuel operation, but I don't know much about the

16  details of that operation.

17      Q.      Okay.  And before that, he was a

18  mechanic for Patriot Coal Company?

19      A.      Correct, for two years, yes.

20      Q.      What did your physical examination

21  show of Mr. Mitchell?

22      A.      I found that he was morbidly obese,

23  he was in no apparent distress at rest, but he

24  became extremely dyspneic with just minimal

25  exertion.  He weighed 273 pounds, and his BMI or

Page 7

1   body mass index was in the morbidly obese area,

2   39.3.  And he had four plus pitting edema

3   bilaterally to the knees, could not palpate his

4   peripheral pulses because of the severe lower

5   extremity edema.

6           Q.      Did you find his breath sounds to be

7   diminished?

8           A.      Yes, that was because of the tissue

9   on his chest wall, the fatty tissue on his chest

10  wall.

11          Q.      When you say he was morbidly obese,

12  what effect did his obesity have on Mr. Mitchell?

13          A.      Well, it -- because he has a lazy

14  breathing center, he doesn't spend the energy in

15  breathing enough in order to keep his carbon dioxide

16  level normal.  So his -- his PCO-2 climbs, and that

17  puts him at risk for stopping breathing.

18          Q.      And on your ABGs, I see that his

19  PCO-2 was 51.  Is that normal, or is that high?

20          A.      No, that's definitely high.

21          Q.      Would that be what we call

22  hypercarbia?

23          A.      That's right, hypercarbia or chronic

24  respiratory failure.

25          Q.      And what is the effect of his chronic

DRENKENBERG, M.D.    APRIL 11, 2012

Page 8

1    respiratory failure?

2        A.    Well, he is -- he is at risk for

3    stopping breathing during his sleep at night and

4    stopping breathing even permanently, although that's

5    relatively uncommon, and because of his elevated

6    PCO-2, his PO-2 is going to be low, and then you add

7    in the fact that he has obstructive sleep apnea,

8    probably, he was -- he was scheduled for a P S N G

9    later after I saw him, but between the right

10   ventricular congestive heart failure and his sleep

11   apnea, he is at risk of dying in his sleep.

12       Q.    What is congestive heart failure?

13       A.    In this case, it is right ventricular

14   heart failure because the pressure in the right

15   ventricle is very high because he is trying to pump

16   blood through congested lungs.

17       Q.    And what causes the congestion?

18       A.    The -- the congestive heart failure,

19   the fluid that accumulates in the lungs.

20       Q.    How does fluid accumulate in the

21   lungs with congestive heart failure?

22       A.    Well, congestive heart failure is

23   usually bi-ventricular, although it can be more

24   right or more left.  In his case, it is probably

25   both, and the -- the fluid accumulates in the lungs

BRENDA REISHER, M.D. - APRIL 11, 2012

1  because his left ventricle can't pump the blood from

2  the pulmonary veins and -- to around the rest of his

3  body and up to even satisfy his need for oxygen.

4       Q.     And what symptoms or signs did you

5  see of congestive heart failure in Mr. Mitchell?

6       A.     Well, the main one, well, he was very

7  dyspneic with even minimal exertion, but he had a

8  huge swelling of both of his lower extremities

9  because the fluid -- he can't pump the fluid out of

10  the right side of his heart, and so the fluid

11  accumulates in his abdomen and in his legs.

12       Q.     And does four plus pitting edema that

13  you noticed, is that related to his congestive heart

14  failure?

15       A.     Yes, that's the right ventricular

16  failure.

17       Q.     And does the fact that he sleeps on a

18  number of pillows have anything to do with

19  congestive heart failure?

20       A.     Yes, it does.  He has -- he actually

21  has bi-ventricular congestive heart failure, both

22  the right ventricle and left ventricle, and the --

23  and so his -- so not only is he in right sided

24  failure with swollen ankles and swollen feet, but he

25  is in left sided failure as well where he has

Page 10

1    accumulated fluid in his lungs making it more

2    difficult for him to breathe and making it more

3    difficult for him to oxygenate his blood.

4         Q.    Does his congestive heart failure

5    make it more difficult for his heart, does it place

6    a greater strain on his heart?

7         A.    Well, yes, his heart is under --

8    that's one of the big problems that he has is that

9    his heart is constantly under a big strain, not only

10   from the left side but from the right side as well,

11   and so he -- you know, he has a very tenuous hold on

12   life.

13        Q.    And is his congestive heart failure

14   due in part to his obesity?

15        A.    It's due primarily to his obesity.

16        Q.    Is there any relationship between his

17   congestive heart failure and his exposure to coal

18   mine dust?

19        A.    No, that is not the -- they are

20   totally separate.

21        Q.    Is there any relationship between

22   exposure to coal mine dust and his obesity?

23        A.    No, certainly not that I am aware of.

24   I have never seen that stated in the literature.

25        Q.    And is there any relationship between

Page 11

1    Mr. Mitchell's chronic respiratory failure and

2    exposure to coal mine dust?

3         A.    No, it is due to his bi-ventricular

4    failure and which is caused by his morbid obesity.

5         Q.    Would his shortness of breath be

6    caused primarily by his obesity and his heart

7    disease?

8         A.    Yes, that would be the primary cause.

9    Of course, his obesity contributes to it because it

10   makes it more difficult for him to breathe.

11        Q.    How does obesity make it more

12   difficult for you to breathe?

13        A.    Well, you have got to move the

14   diaphragm against the heavy weight of the fatty

15   tissue that's in the abdomen, because the -- you

16   have to push the fatty tissue away with your

17   diaphragm, and when you have a lot to push away, it

18   puts a huge strain on the diaphragm.

19        Q.    And when you say that he is morbidly

20   obese, what does the term morbidly connote?

21        A.    Well, that is just the term that we

22   use.  We rate obesity with a body mass index, and a

23   body mass index of more than 37 or 38 falls into the

24   category of morbid obesity, and the reason we call

25   it morbid obesity is because there is a significant

1      mortality from being morbidly obese.

2              Q.      I see on your report a term called

3      Pickwickian syndrome?

4              A.      Yes.

5              Q.      What is that?

6              A.      Pickwickian syndrome describes a

7      condition similar to one of the characters in

8      Charles Dickens book called The Pickwick Papers, and

9      what it basically is is just what we have been

10     talking about, it is a -- when somebody is markedly

11     obese, they will -- because of the work of breathing

12     being so high, they will -- their respiratory center

13     can't make them breathe fast enough in order to keep

14     the carbon dioxide level normal, so his brain lets

15     his carbon dioxide level rise, and when it rises, of

16     course, the oxygen has to drop, and so you get

17     relative hypoxemia as well as hypercarbia, and the

18     hypercarbia can act as an anesthetic and make you

19     stop breathing and, of course, then you will go

20     ahead and die.

21             Q.      And his arterial blood gas studies I

22     see show a PCO-2 of 51 and a PO-2 of 61.  Is that

23     consistent with Pickwickian syndrome?

24             A.      Yes, it is.

25             Q.      And is that the cause of at least in

Page 13

1    part his chronic respiratory failure?

2         A.    Yes, that's true.

3         Q.    You took a chest x-ray of Mr.

4    Mitchell, I believe?

5         A.    Yeah, we take a chest x-ray of

6    everybody.

7         Q.    And did you see a report by a B

8    reader radiologist on that film?

9         A.    I did.  I believe that was Doctor

10   Wiott, if I am correct here.  Let me look.  Here we

11   go, Doctor Wiott, got a B reading by Doctor Wiott.

12        Q.    Do you know who Doctor Wiott is?

13        A.    Yes, Doctor Wiott is one of the

14   organizers of the B reading system.  He worked with

15   NIOSH.

16        Q.    Is he a B reader?

17        A.    He was a B reader and a C reader, and

18   he was a P reader.

19        Q.    And he was on the panel that read

20   x-rays back when there was panel readers, I guess?

21        A.    That's correct.

22        Q.    He was also a board certified

23   radiologist?

24        A.    Board certified radiologist, yes, he

25   was.

AVERY/WOODS REPORTING SERVICE, INC.  (303) 825-6119

App. 74

Page 14

```
 1          Q.      What did he find out about Mr.
 2   Mitchell's x-ray?
 3          A.      His x-ray showed no evidence of coal
 4   workers pneumoconiosis.
 5          Q.      And did you happen to look at the
 6   chest x-ray yourself?
 7          A.      I did.
 8          Q.      Did you rely on Doctor Wiott's B
 9   reader radiology report?
10          A.      Yes, I would always defer to Doctor
11   Wiott.
12          Q.      Okay.  And when you looked at the
13   chest x-ray, did you find it to be of acceptable
14   diagnostic quality?
15          A.      I did.
16          Q.      And are digital chest x-rays
17   sufficient -- are they medically acceptable
18   diagnostic techniques capable of showing the
19   presence or absence of coal workers pneumoconiosis
20   had it been present in Mr. Mitchell?
21          A.      Yes, that's true.
22          Q.      And do they have any advantages over
23   a regular analog chest x-ray?
24          A.      They do.  There are strengths and
25   weaknesses in both, but, yes, they do have certain
```

Page 15

1    advantages.

2         Q.      Pulmonary function studies you say

3    were invalid.   Why do you believe they were invalid?

4         A.      Let's see, they were -- because he

5    exhibited what appeared to be very poor effort and

6    cooperation with the testing procedures, but a large

7    part of that was the fact that he was so heavy that

8    it was very difficult for him to give full -- give

9    what we would call full effort because his -- his

10   muscles, his breathing muscles just aren't strong

11   enough to keep -- to defend a normal a carbon

12   dioxide level.

13        Q.      What do you mean by defend a normal

14   carbon dioxide level?

15        A.      Well, you have receptors around the

16   body that monitor the capacity of carbon dioxide and

17   amount of oxygen in the blood, and these receptors

18   are telling him that he needs to breathe more, but

19   he just doesn't have the strength to breathe more,

20   his breathing muscles are maxed out just keeping him

21   alive.

22        Q.      And what is the cause of the weakness

23   of his breathing muscles?

24        A.      They -- they aren't weak, but -- I

25   mean they are probably quite strong, but, you know,

Page 16

1    they are having -- you are asking them to do more

2    work than they can possibly do.

3         Q.     Why is he asking them to do more work

4    than they could possibly do?

5         A.     Well, because the brain is telling

6    him -- telling his muscles that they need to breathe

7    deeper and more often, but his muscles simply can't

8    answer the call, they simply can't do it because

9    they are not strong enough.

10        Q.     Does it have anything to do with his

11   obesity?

12        A.     Well, it does, because the -- the

13   fatty tissue that's in the upper abdomen prevents

14   his diaphragm from descending into the abdomen and

15   to open up the -- his lungs to getting more air.

16   The problem is even though he tries hard, you know,

17   he can't get his diaphragm down low enough to get a

18   normal amount of air going into and out of his

19   lungs.

20        Q.     You found that he didn't have medical

21   coal workers pneumoconiosis.  What evidence did you

22   cite for that?

23        A.     Doctor Wiott found no evidence of

24   medical pneumoconiosis.

25        Q.     And you believe that his COPD was due

AVERY/WOODS REPORTING SERVICE, INC.  (303) 825-6119

App. 77

1        to his smoking alone?

2              A.      Correct.

3              Q.      Why do you believe that?

4              A.      Well, I mean his -- his other things,

5        his Pickwickian syndrome and his morbid obesity

6        contribute to his overall respiratory failure, but

7        he does have -- his PFTs, the tracings show that he

8        does have COPD, you know, which he is very likely at

9        high risk for because of his cigarette smoking

10       habit.  So that no matter -- not only does he have

11       the problem of moving his chest muscles in his

12       diaphragm against the heavy weight, he also has

13       to -- they also have to move it through a smaller

14       tube, that is his bronchial tubes are smaller for

15       many different reasons, but he can't get air through

16       those bronchial tubes as easily as somebody who

17       didn't have COPD.

18             Q.      And the tracings that you reviewed on

19       the pulmonary function study, did they show that he

20       gave full effort, or were they evidence of the

21       invalidity that you mentioned?

22             A.      Well, I am sure he was giving full

23       effort, or at least full for him, what he could

24       possibly do, but he simply couldn't do enough to

25       keep his arterial oxygen concentration up and his

Page 18

1    carbon dioxide down.

2        Q.    And was his effort variable?

3        A.    Yes.

4        Q.    Was the pulmonary function studies

5    invalid because they were not reproducible?

6        A.    In part, yes.  The main -- the main

7    problem was that he simply couldn't take a deep

8    breath because of the weight of the fat in his

9    abdomen, and he couldn't force the air through his

10   bronchial tubes because they were -- they were small

11   because of fluid or mucus that are in the tubes, but

12   even more so, because they were small because of the

13   compression of them by the obesity and the fluid

14   that's in his lungs.

15       Q.    If you would turn to page three of

16   your report, you talk about the pulmonary function

17   testing.  There in the third paragraph, you mention

18   some terms, maximum inspiratory pressure and maximum

19   expiratory measure.  Could you tell the court what

20   those things are and how they lead you to believe

21   that he didn't have a valid effort?

22       A.    He may have been doing as much as he

23   possibly could, but he wasn't able to generate the

24   inspiratory and the expiratory pressures in order to

25   get a valid appearing pulmonary function test and,

Page 19

1       again, it is because of all the things we have been

2       talking about that his -- his lungs, particularly

3       his breathing muscles, are simply not able to do the

4       task that they are being asked to do.

5               Q.      And is his obesity the cause of this

6       difficulty with his breathing?

7               A.      Yes, that's true.

8               Q.      Why do you believe that his COPD is

9       due to coal -- to smoking rather than coal mine

10      dust?  You do believe that coal mine dust can cause

11      clinically significant COPD in some people, correct?

12              A.      That is correct.

13              Q.      Why do you believe that Mr. Mitchell

14      is not one of those people?

15              A.      Well, I can't say for sure that he --

16      that he isn't, but he -- his obesity and his

17      problems with his respiratory center are

18      overwhelming, and no matter how hard he tries, he

19      can't move enough air to keep his blood gases

20      normal.

21              Q.      You indicate you couldn't tell us

22      with absolute certainty that coal mine dust was not

23      a contributing factor.  Can you, with a reasonable

24      degree of medical certainty, tell us that?

25              A.      Well, as you know, the Attfield and

1   Hodous article shows that there is -- in coal miners

2   there is a -- 2.5 cc's per year of decrement in

3   FEV-1 from the inhaling of coal mine dust.  However,

4   that is a very small amount, 2.5 cc's.

5   Particularly, it is a small amount in -- compared to

6   the fact that we lose 30 cc's per year just from

7   living one year, and you can lose up to 83 cc's a

8   year if you are a sensitive smoker.

9          Q.     All right, is the effect of coal mine

10   dust and smoking additive then, the 2.5 cc's on

11   average plus some amount of smoking?

12          A.     Some amount from smoking, yes, and

13   some significant amount from just living another

14   year.

15          Q.     So it is your reading of this

16   literature that coal mine dust on average causes

17   less of a decrement in FEV-1 than just the aging

18   process?

19          A.     Oh, much less, yes, 2.5 cc's versus

20   28 to 30 cc's.

21          Q.     How can we determine whether or not

22   Mr. Mitchell is one person who is more sensitive to

23   coal mine dust than other people?

24          A.     It would be difficult to tell, but in

25   all the studies that have been published, no one has

AVERY/WOODS REPORTING SERVICE, INC.   (303) 825-6119

Page 21

1    been able to demonstrate that there are sensitive

2    coal miners.

3        Q.    If he had a positive x-ray, would

4    that be some evidence of the being sensitive to coal

5    mine dust?

6        A.    Yes, it would indicate that it was

7    causing some reaction in the tissues but wouldn't

8    necessarily indicate that it was causing COPD, you

9    know, severe -- more severe COPD, that that simply

10   hasn't been demonstrated in any of the studies so

11   far.

12       Q.    But we know from the chest x-ray

13   evidence that Mr. Mitchell is at least not sensitive

14   to coal mine dust causing a tissue reaction, do we

15   not?

16       A.    That's correct.

17       Q.    Does it lead to you suspect that he

18   may not be more sensitive than average to coal mine

19   dust for COPD?

20       A.    That may be possible, but, again,

21   that has not been documented in any of the studies

22   so far.

23       Q.    Okay.  In Mr. Mitchell, if we give

24   the 2.5 cc's that Attfield and Hodous mention, would

25   that amount of decrement in FEV-1 cause him any

Page 22

1      clinical symptoms?

2            A.      No, it would not.

3            Q.      Would it be especially not

4      significant in face of his Pickwickian syndrome and

5      chronic respiratory failure?

6            A.      And his congestive heart failure,

7      yes.

8            Q.      And his congestive heart failure?

9            A.      Yes, that's true.

10           Q.      Is Mr. Mitchell's breathing problems

11     or shortness of breath fully explained by

12     Pickwickian syndrome, chronic respiratory failure

13     and congestive heart failure?

14           A.      Yes, it is.

15           Q.      I would like to ask you to assume

16     that it may well be that Mr. Mitchell has less than

17     26 years of surface coal mine employment.  The

18     Department of Labor has determined that he had 13

19     years of total surface coal mine employment.  If we

20     hypothesize that he had half as much as he told you,

21     what effect would that have on your opinion?

22           A.      Well, it would indicate that he would

23     not have the full 2.5 cc's per year related to coal

24     mine dust.  It would probably be more like half of

25     that.

Page 23

1     Q.      Would it be perhaps the number of

2  years at 2.5?

3     A.      That's correct.

4     Q.      So it would be 2.5 times 13 years

5  rather than 2.5 times 26 years, if I understand you

6  correctly?

7     A.      That is correct.

8     Q.      Would that essentially give him half

9  the risk he would have if he indeed did work 26

10  years?

11    A.      That is correct as well.

12    Q.      You have been a clinical pulmonary

13  specialist for, what did you say, 30 years?

14    A.      Over 40 years.

15    Q.      Over 40 years.  In your clinical

16  practice, have you ever treated coal miners?

17    A.      Yes, I have.

18    Q.      In your experience as a pulmonary

19  specialist, have you had patients who were smoking

20  coal miners?

21    A.      Yes.

22    Q.      Did any of those have coal work --

23  chronic obstructive pulmonary disease?

24    A.      Yes.

25    Q.      Did you ever have coal miners who

Page 24

1    were nonsmokers who had chronic obstructive

2    pulmonary disease?

3          A.      Yes, it would be from other factors

4    like asthma or -- or heart failure or some problem

5    like that.

6          Q.      Would you have had any patients in

7    your 40 years of practice who, like Mr. Mitchell,

8    had Pickwickian syndrome and were a coal miner?

9          A.      I have, yes.

10         Q.      And would coal mine dust have caused

11   any of their symptoms of shortness of breath?

12         A.       It would have contributed to it, but

13   probably to a very small degree.

14         Q.      Would it be a significant

15   contributory factor?

16         A.      Given Mr. Mitchell's body size, I

17   would say that it probably would have been a

18   significant factor.

19         Q.      Given Mr. Mitchell's body mass index

20   and morbid obesity, would coal dust be a

21   contributing factor to his shortness of breath or

22   breathing impairment?

23         A.       I am sure it would have an effect,

24   but it would be a very small effect, but probably

25   not one that he could notice.

```
1              Q.      Would Mr. Mitchell have a totally
2      disabling pulmonary impairment?
3              A.      Would he have a totally disabling
4      pulmonary impairment, yes, he does have a totally
5      disabling pulmonary impairment.
6              Q.      He couldn't go back to his last job?
7              A.      No, he sure couldn't.
8              Q.      What is the cause of his disabling
9      pulmonary impairment?
10             A.      His morbid obesity and his
11     Pickwickian syndrome.
12             Q.      And is his COPD a significant
13     causative factor in his disabling pulmonary
14     impairment?
15             A.      I am sorry?
16             Q.      Do you want me to say that question
17     over again?
18             A.      Yeah, I keep getting -- taking myself
19     off this or put them on a no call list, and it
20     doesn't seem to help at all.
21                     I am sorry, could you please ask that
22     question again.
23             Q.      Given Mr. Mitchell's morbid obesity,
24     Pickwickian syndrome and heart disease, is his
25     chronic obstructive pulmonary disease a significant
```

LAWRENCE REPSHER, M.D. APRIL 11, 2012

Page 26

1    contributing factor to his disabling level of

2    pulmonary impairment?

3          A.      It wouldn't be a significant

4    contributor.  It would be relatively small compared

5    to the other factors we have talked about.

6          Q.      And would coal mine dust be a

7    significant contributory factor to his COPD?

8          A.      Given the fact that he worked above

9    ground and -- and assuming that he only worked 13

10   years rather than 26 years, I would say it probably

11   wouldn't be a significant contributing factor.

12         Q.      What if he did work the 26 years that

13   he told you about, would it change that opinion?

14         A.      It would make it more -- more likely

15   that it would be a contributing factor.

16         Q.      But you said previously that when we

17   talked about the work experience, that it was not a

18   significant contributory factor.  Are you changing

19   your opinion?

20         A.      Well, it's all relative.  It's -- you

21   know, between -- it is the difference between a

22   significant contributing factor and an insignificant

23   contributing factor, but you can't rule out that

24   there couldn't be some small factor.

25         Q.      So let's make it obviously clear.

LAWRENCE REPSHER, M.D.    APRIL 11, 2012

1     Let's assume he had 26 years of surface mining.

2         A.     Right.

3         Q.     Was coal mine dust exposure a

4     significant contributing factor to his COPD?

5         A.     It probably was a significant

6     contributing factor to his COPD, but his COPD was

7     not a significant contributing factor to his

8     respiratory failure.

9         Q.     Why do you believe after telling me

10    that 2.5 centimeters per year of 26 years was not

11    significant do you find that to be now clinically

12    significant for COPD, why did you change your mind?

13        A.     I am really not changing my mind, it

14    has to do with the relative contribution in a

15    patient compared to his other problems, and when you

16    have somebody who has severe bi-ventricular heart

17    failure and Pickwickian syndrome, whether he has a

18    small contribution from -- from his coal mine dust

19    exposure or not is not relevant to his problems.

20        Q.     Okay.  You looked at Doctor Hauser's

21    report, I believe?

22        A.     I did.

23        Q.     And you disagreed, I believe, in your

24    report on his attribution of coal mine dust as a

25    causative factor in Mr. Mitchell's COPD, I believe,

1        on page three of your report?

2              A.      Yes.

3              Q.      You said it is clear that Doctor

4        Hauser has entirely ignored his well documented

5        Pickwickian syndrome and morbid obesity?

6              A.      Yes, because --

7              Q.      Pickwickian syndrome is marked by

8        decreased PO-2 and increased PCO-2 that is

9        compensated, what did you mean by that when you were

10       referring to Doctor Hauser?

11             A.      He didn't even make that diagnosis, I

12       believe, and that is, you know, 90 plus percent of

13       his problem, his morbid obesity and his Pickwickian

14       syndrome.  The contribution of his exposure to coal

15       mine dust would be de minimis compared to his

16       problems from his morbid obesity and Pickwickian

17       syndrome.

18             Q.      Okay.  Do you believe that Mr.

19       Mitchell has legal pneumoconiosis?

20             A.      Well, we don't have any evidence of

21       it.  I guess I can't rule out some element of legal

22       pneumoconiosis, but we have no evidence of it.  His

23       problems with his breathing and with his congestive

24       heart failure are all related to problems that

25       aren't related to his exposure to coal mine dust.

1          Q.     So you have no evidence for legal

2 pneumoconiosis?

3          A.     I have no evidence for legal

4 pneumoconiosis. I can't rule it out, but there is

5 no evidence in the information that's available to

6 me for me to diagnose legal pneumoconiosis.

7          Q.     What would you need to rule it out

8 then?

9          A.     Well, I don't think you can

10 absolutely rule it out. It is -- there is no --

11 compared with coal workers pneumoconiosis from

12 breathing coal mine dust, there is extensive

13 literature, published literature talking about

14 clinical pneumoconiosis. However, there isn't any

15 similar literature in the area of legal

16 pneumoconiosis. There aren't any studies that have

17 been published that describe legal pneumoconiosis as

18 far as how you diagnose it, how you treat it, et

19 cetera.

20          Q.     All right. From your clinical

21 experience, you have treated coal miners, did you

22 have coal miners that -- let's go with the 25 years,

23 26 years coal mine employment who had the same kind

24 of COPD that you see in Mr. Mitchell?

25          A.     I don't know exactly how much COPD he

1     has because he wasn't able to cooperate with the

2     pulmonary function test, but, yes, I have seen coal

3     miners with COPD from inhaling coal mine dust.

4              Q.      Okay.  And did you find that in your

5     clinical experience, that COPD was more likely if

6     they were a smoker and a coal miner?

7              A.      Oh, of course.

8              Q.      Did you have any nonsmoking coal

9     miners with this kind of COPD?

10             A.      Yes, I have seen non--- I have seen

11    nonsmoking coal miners develop COPD.  Generally it

12    is fairly mild, but I have seen it.

13             Q.      Okay.  Here in your clinical

14    experience, what is your expert opinion on what

15    caused Mr. Mitchell's COPD?

16             A.      His COPD is related to his obesity

17    and his bi-ventricular congestive heart failure.

18             Q.      Does it have anything to do with his

19    smoking?

20             A.      Smoking could be a -- could be a

21    contributor as well, but the most important factor

22    would be his obesity and his bi-ventricular

23    congestive heart failure.

24             Q.      Those would be the factors that are

25    causing him to be short of breath and disabled?

BRENDA FISHER, M.D.   APRIL 11, 2012

Page 31

1       A.      That is correct, and, of course, he

2    would have had to have had -- I am blocking on it

3    now, what we were doing -- the Pickwickian syndrome,

4    the Pickwickian syndrome.

5       Q.      Would you say that his shortness of

6    breath is primarily not occupationally related?

7       A.      That is absolutely true.

8       Q.      Is it true as well to say that his

9    exposure to coal mine dust does not cause any

10   clinically significant pulmonary impairment in Mr.

11   Mitchell?

12      A.      That is correct.  It would be

13   extremely difficult to document any contribution of

14   the coal mine dust given his other problems.

15      Q.      Okay.  Would you waive signature or

16   will you read?

17      A.      I will waive.

18      Q.      Okay, thank you very much.

19              (Signature waived by witness.)

20              (Whereupon, the proceedings were

21              adjourned at 1:50 p.m.)

22

23

24

25

Page 32

```
 1                        CERTIFICATE

 2

 3

 4   STATE OF COLORADO          )

 5                              ) ss.

 6   CITY AND COUNTY OF DENVER )

 7

 8

 9            I, Susan Bretschneider, Certified

10   Shorthand Reporter and Notary Public within and for

11   the State of Colorado, do hereby certify that

12   previous to the commencement of the deposition of

13   the said LAWRENCE REPSHER, M.D., a witness called

14   for examination herein, was duly sworn by me to

15   testify the truth in relation to the matters in

16   controversy now pending and undetermined between the

17   said parties so far as he should be interrogated

18   concerning the same;

19

20            That the said deposition was taken in

21   shorthand by me at 3555 Lutheran Parkway, Suite 330,

22   City of Wheat Ridge, State of Colorado, on April 11,

23   2012, at 1:10 p.m., and was reduced to typewritten

24   form under my supervision;

25
```

1              That the foregoing is a true transcript

2        of the questions asked, the testimony given, and the

3        proceedings had;

4

5              That I am neither attorney nor counsel,

6        nor in any way connected with any attorney or

7        counsel for any of the parties to said action, or

8        otherwise interested in its event.

9

10             IN WITNESS WHEREOF, I have hereunto set

11       my hand and seal this 16th day of April 2012.

12

13

14       _____
         Susan Bretschneider, CSR/CP
15       Notary Public, State of Colorado
         My Commission Expires:  10-26-14

16

17

18

19

20

21

22

23

24

25

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 5, 2015, I electronically filed the foregoing Petitioner's Appendix with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed today the foregoing Petitioner's Appendix by first-class mail, postage prepaid to the following non CM/ECF participant:

> Shelly Rigsby Struthers
> Southern Illinois and Southwest Indiana
>   Respiratory Disease Program
> Corporate Square
> 2901 E. Ohio Blvd., Suite 235
> Terre Haute, Indiana  47803

> <u>s/Laura Metcoff Klaus</u>
> Laura Metcoff Klaus